**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | P8H, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Paddle 8 |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 81-5071415 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 107 Norfolk Street | |
| Number        Street | Number        Street |
| | P.O. Box |
| New York        NY    10002 | |
| City             State    ZIP Code | City             State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York County | |
| County | Number        Street |
| | |
| | City             State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.paddle8.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor      P8H, Inc.
_____    Case number (if known) _____
            Name

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/ .
   4541

| | |
|---|---|
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No |

☐ Yes.    District _____    When _____    Case number _____
                                              MM / DD / YYYY

    District _____    When _____    Case number _____
                                              MM / DD / YYYY

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No |

☐ Yes.    Debtor _____    Relationship _____

    District _____    When _____
                                              MM / DD / YYYY

    Case number, if known _____

| Debtor | P8H, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | P8H, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/16/2020
             MM / DD / YYYY

✗ /s/ Peter Rich
Signature of authorized representative of debtor

Peter Rich
Printed name

Title  Board Director

**18. Signature of attorney**

✗ /s/ Dawn Kirby
Signature of attorney for debtor

Date  03/16/2020
      MM / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road Suite 237
Number        Street

Scarsdale                          NY        10583
City                               State     ZIP Code

(914) 401-9500                     dkirby@kacllp.com
Contact phone                      Email address

2733004                            NY
Bar number                         State

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | P8H, Inc. |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Stock Access Holdings SAS 12, rue de la Chaussée d'Antin, 75009, Paris, France | | | | | | 8,865,025.11 |
| 2 | Knotel Inc. 30 Cooper Square 4th Floor New York, NY, 10003 | | | | | | 276,250.00 |
| 3 | Hashtag Studio ul. Czerwonego Krzy?a 6/22 Warszawa 00-377 | | | | | | 107,205.00 |
| 4 | Rema Hort Mann Foundation 153 Hudson St New York, NY, 10013 | | | | | | 100,064.62 |
| 5 | Art on a Postcard The Hepatitis C Trust 27 Crosby Row London SE1 3YD | | | | | | 79,948.11 |
| 6 | Moises Preciado 16301 Chella Drive Hacienda Heights, CA, 91745 | | | | | | 76,000.00 |
| 7 | The Biebers x LIFT LA x Inner City Arts 720 Kohler Street Los Angeles, CA, 90021 | | | | | | 73,073.57 |
| 8 | The Shawn Carter Foundation c/o Morrison, Brown, Argiz, & Farra LLC 1450 Brickell Ave, 18th Floor Miami, FL, 33131 | | | | | | 65,191.00 |

| Debtor | P8H, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | RECALL STUDIOS INC (The Native SA) 5550 GLADES RD STE 500 Boca Raton, FL, 33431 | | | | | | 60,000.00 |
| 10 | Christine Weller 13510 Lucca Drive Pacific Palisades, CA, 90272 | | | | | | 46,920.00 |
| 11 | The Little Black Gallery Michelin House 81 Fulham Road London SW3 6RD | | | | | | 30,398.00 |
| 12 | Wise Engineering LLC Ukraine, Ternopil, 46011, Stepan Bandera Ave. 33, room 7 | | | | | | 24,600.00 |
| 13 | California College of The Arts 1111 8th St Francisco, CA, 94107 | | | | | | 24,502.42 |
| 14 | Art Plug x Best Buddies Best Buddies 120 W 45th Street Suite 3800 New York, NY, 10036 | | | | | | 24,057.17 |
| 15 | Adam Gage 135F Grandview Ave Apt. 4F edison, NJ, 8837 | | | | | | 18,710.00 |
| 16 | Venture Devs Inc 8605 Santa Monica Blvd, # 1950 West Hollywood, CA, 90069 | | | | | | 16,000.00 |
| 17 | David Dowd 2914 N Whipple Street Chicago, IL, 60618 | | | | | | 14,720.00 |
| 18 | Scott Kaplan 37 Pool Drive Roslyn, NY, 11576 | | | | | | 14,440.00 |
| 19 | UN Women UK c/o Inspira UK Limited 1A Eastbury Road Northwood Middlesex,HA6 3BG | | | | | | 14,328.42 |
| 20 | Penumbra Foundation 36 E 30th St, New York, NY, 10016 | | | | | | 14,300.00 |

Fill in this information to identify the case and this filing:

Debtor Name ___P8H, Inc._____

United States Bankruptcy Court for the: __Southern District of New York___

Case number (*If known*):    _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* ____

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _03/16/2020_                        ✗ /s/ Peter Rich _____
                MM / DD / YYYY                            Signature of individual signing on behalf of debtor

                                        Peter Rich _____
                                        Printed name

                                        Board Director _____
                                        Position or relationship to debtor

A Hunk's New CLoths
859 N Orange Drive
Los Angeles, CA 90038

Adam Gage
135F Grandview Ave
edison, NJ 8837

Adam Green
77 West 24th Street
new york, NY 10010

Adam McDonald
156 Manor Drive North
Worcester Park SRY KT4 7RU, GB

Affordable Art 101 (c/o Roger Walton)
1113 Echo Pass Street
Henderson, NV 89052

Aid for AIDS
131 Varick St #1011
new york, NY 10013

Air Sea Packing Group, Inc
40-35 22nd Street
Long Island City, NY 11101

Alan Zeng
41 Havemeyer St., Apt 3B
brooklyn, NY 11211

Alexander Kirillov
28619 13th Avenue S
Federal Way, WA 98003

alison hearst
2713 5th Avenue
Fort Worth, TX 76110

Andreas Stylianou
Royal Oak Yard
502 Larch Court, London LND SE1 3GB

Arrow Fine Art Services
244 Bedford Avenue
brooklyn, NY 11249

Art Commerce, LLC
42 Commonwealth Drive
Fairfield, CT 6824

Art for Life Foundation
PO Box 162
Clayton, CA 94517

Art Issue Editions
1441 Third Avenue
New York, NY 10028

Art of Elysium
3278 Wilshire Blvd.
Los Angeles, CA 90010

Art on a Postcard
The Hepatitis C Trust
27 Crosby Row London SE1 3YD

Art Plug x Best Buddies
Best Buddies
120 W 45th Street Suite 3800
New York, NY 10036

Artnet Worldwide Corp
233 Broadway
26th Floor
New York, NY 10279

As if x David Salle
26 Broadway
8th Floor
New York, NY 10004

Assaf Pocker
39802 Guita Ct
Palmdale, CA 93551

Cadogan Tate Fine Art Los Angeles, Ltd
2645 Gundry Avenue Signal Hill
Los Angeles, CA 90755

Cadogan Tate Fine Art New York, Ltd
301 Norman Avenue
Brooklyn, NY 11222

California College of The Arts
1111 8th St
Francisco, CA 94107

California College of The Arts
1111 8th St
San Fransico, CA 94107

Earl Heng Contemporary, LLC
1020 11th St. NE
Washington, DC 20002

Cameron Williams
102 Breckenridge Drive
Garner, NC 27529

Ed lewis
16 Linden Crescent, Lower Westwood
Bradford-on-Avon Wiltshire BA15 2AN

Carol Lerdal
17 17th Avenue
San Fransico, CA 94121

Edita Zulic
1420 NW 20th Ave., Apt. 205
Portland, OR 97209

Christine Weller
13510 Lucca Drive
Pacific Palisades, CA 90272

Erik Ratensperger
570 Crane Blvd
Los Angelas, CA 90065

claudine ingeneri
27 West 72nd Street #207
New york, NY 10023

Ernst Haas Studio Inc.
1567 Lexington Avenue Apt 19
New York, NY 10029

Cloudinary, Ltd.
111 EVELYN AVENUE,SUITE #206
Sunnyvale, CA 94086

Fedex 5767-0560-3
P.O. Box 371461
Pittsburgh, PA 15250

CORE x Let Love Rule Art Basel
6464 Sunset Blvd.
Los Angelas, CA 90028

FEDEX EXPRESS
P.O. Box 371461
Pittsburgh, PA 15250

CT Corporation (Wolters Kluwer)
PO Box 4349
Carol Stream, IL 60197

Frank Schembri
83 Gary Place
Staten Island, NY 10314

DANNY CHANG
4191 E Fairview Ave
San Gabriel, CA 91775

Franklin Street Works
41 Franklin St,
Stamford, CT 6901

David Dowd
2914 N Whipple Street
Chicago, IL 60618

G4S International (USA) Inc.
P.O. Box 9693
Uniondale, NY 11555

David Yamada
60 Broadway 4F
Brooklyn, NY 11248

G4S International Logistics (UK) Ltd GBP
Princess House, Nobel Drive
Hayes UB3 5EY UK

Drew Wilson
735 Greenleaf Drive
Richardson, TX 75080

Gerald (Jerry) Blady
7489 S Albion st
Centennial, CO 80122

Gordon Films Inc.
369 Cornwell Ave
Malverne, NY 11565

Greg Bell
1890 E Cayman Rd
Vero Beach, FL 32963

Guild Hall of East Hampton
158 Main Street
East Hampton, NY 11937

Hashtag Studio
ul. Czerwonego Krzy?a
6/22 Warszawa 00-377

Hedges Company
524 W 24th St
New York, NY 10011

Henzel Studio
Box 1117, 269 22
Bastad Sweden

Henzel Studio x Goss Michael Foundation
Goss Michael Foundation -
1305 Wycliff Ave #120
Dallas, TX 75207

Huw Lougher Contemporary Ltd
32 St Lucia Crescent
Horfield Bristol BST BS70XR - GB

Ilya Sokolovskiy
7938 E. Vassar Dr.
Denver, CO 80231

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jan Endlich
4115 45th Street APT 6F
Sunnyside, NY 11104

Jane Glassman
8653 Metz Place
Los Angeles, CA 90069

jayson Lawfer
3717 N Ravenswood Ave
Chicago, IL 60613

Jeremy mariage
3275 5th avenue #502
San Diego, CA 92103

Jessica van den Brand
Goulburn Street 115/148
Austrailia,

Joni Sternbach
543 Union St Suite 3D
Brooklyn, NY 11215

Juan Carlos Bonete
calle Santa Cecilia 10 Bajos
1 Barcelona CT 8014 ES

Julius Woeste
Am Tannenbaum
11 Ratingen NW 40883 DE

Justin Durongsaeng
4 West 21st Street, Unit 5D
New York, NY 10010

Kelly Bitzer
530 Third Street
Napa, CA 94559

Kevin Wu
30 Dalton St. Apt. 704
Boston, MA 21150

Knotel Inc.
30 Cooper Square 4th Floor
New York, NY 10003

Laura Schnaidt
101 Leonard Street 3A
New York, NY 10013

LEO BARRERAS
2100 Linwood Avenue
Apt # 11H
Fort Lee, NY 7024

Leslie Meyers
24 West 55th St Apt 4D
New york, NY 10019

Lieberman Gallery
11 Cyprus Avenue
London LND N3 1SS GB

Martin Podorsky
1100 N. Lake Shore Drive #30B
Chicago, IL 60611

Mathias De Soir
60 Broadway Apartment 4A
Brooklyn, NY 11249

Michael Lisi
648 Broadway Suite 201
New york, NY 10012

Michigan Opera Theatre
1526 Broadway St
Detriot, IL 48226

Miguel Soto
41 Calle Leon
Aguadilla PR 603

Moises Preciado
16301 Chella Drive
Hacienda Heights, CA 91745

Moses & Singer LLP
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Motoko Yorozu (BANJI)
Chiba-Shi Chiba 261-OOO4
JAPAN,

Nat. Assoc. of Women
315 W 39th St #508
New York, NY 10018

New York State Sales Tax
NYS Sales Tax Processing
PO BOX 15168
Albany, NY 12212

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Ortega y Gasset Projects
363 3rd Ave
Brooklyn, NY 11215

Pak Mail Centers of America, Inc.
7580 Metropolitan Dr. Ste #200
San Diego, CA 92108

Panos Moraitis
Meropis 15, Glifada 166 75, GR

Paul Simonetti
24017 Fulmar Ave.
Torrance, CA 90501

Penumbra Foundation
36 E 30th St,
New York, NY 10016

Peter McCourt
205 West 89th Street, #8S
New York, NY 10024

Picture This Publications Inc
54 W 89th St,
c/o Marla  Hamburg Kennedy
New York, NY 10024

Plants Le Bacle
1625 Indian River Rd.
Virginia Beach, VA 23456

Poppy Reindorp
Cardboard Citizens 77A
Greenfield Rd LND E1 1EJ  GB

PureFreight, Inc.
8380 Santa Monica Blvd, SUite 201
West Hollywood, CA 90069

RAHUL SABHNANI
485 Underhill Blvd Suite 207,
Syosset, NY 11791

RDS DELIVERY SERVICE
37-41 Vernon Blvd
Long Island  City, NY 11101

RECALL STUDIOS INC (The Native SA)
5550 GLADES RD STE 500
Boca Raton, FL 33431

Rema Hort Mann Foundation
153 Hudson St
New York, NY 10013

Rich & Bander Certified Public Accountants
P.O. BOX 20455
GREELEY SQUARE STATION
new york, NY 10001

Richard White
5 Roland Gardens
South Kensington London SW7 3PE GB

Ring Central Inc
Dept. CH 19585
Palatine, IL 60055

Robb Report Media LLC
DBA Curtco Robb Media LLC
11175 Santa Monica Blvd
Los Angeles, CA 90025

Robert Lim
956 Corn Cob Ln
Orange, CT 6477

Rudy Esquivel
Red Barn Green Farm LLC
2347 Oregon Terrace
Rantoul, KS 66079

Sam Sklar
2642 John R St.
Detroit, IL 48201

Sands and Gill
192A Westbourne Park Road
London LND W111BT GB

Scott Kaplan
37 Pool Drive
Roslyn, NY 11576

Selena Cerami
24 Keats Estate Kyverdale Road
London LND N16 7AD

Silvereye Inc
Via B. Passeri,
12 Rome 153 ITALY

Skate Free Art Basel
1035 North Miami Avenue
SUITE 400, 1D
Miami, FL 33136

SOFTWARE MANSION
NA ZJ E DZIE 11 P.9
KRAKÓW 30-527 POLAND

Spectrum Business
PO Box 742663
Cincinatti, OH 45274

State of California Board of Equalization
450 N Street
Sacramento, CA 94279

Stephen Bander
2333 Brickell Avenue, 4th Floor Apt. 280
Miami, FL 33129

Steve Ramirez
95 Park Terrace East 1D
New york, NY 10034

Stock Access Holdings SAS
12, rue de la Chaussée d'Antin,
75009, Paris, France

Suleyman Azhari
30 Lorang Limau Manis
2 Bangsar Park Kuala Lumpur
11249 Malaysia,

Tagboat, Inc.
3F 3-6-6 Nihonbashi-Nngyocho
Chou-ku  Tokyo 103-0023

Taktical Digital
241 West 37th Street; Suite 802
New York, NY 10018

The Art Collection
33 Cuttermill Road
Great Neck, NY 11021

The Art Design
9381 East Bay Harbor Drive Suite 703
c/o Juan Carlos Arcila-Duque
N Bay Harbor Islands, FL 33154

The Biebers x
LIFT LA x Inner City Arts
720 Kohler Street
Los Angeles, CA 90021

The Little Black Gallery
Michelin House
81 Fulham Road London SW3 6RD

The Print  Center
1614 Latimer Street
Philadelphia, PA 19103

The Shawn Carter Foundation
c/o Morrison, Brown, Argiz, & Farra LLC
1450 Brickell Ave, 18th Floor
Miami, FL 33131

The Skateroom
Rue Du Mail
21 Brussels BRU 1050
BELGIUM,

The Skateroom
Rue Du Mail
21 1050 Ixelles
Belgium,

The Wooden Box
San Juan, PR 00926

Titel Media UG
Ritterstrasse 9 Berline
10969 Deutschland

Toni Garrn's Supermodel Flea Market
Classens1eg 16
22391 Hamburg Germany

UN Women UK
c/o Inspira UK Limited
1A Eastbury Road
Northwood Middlesex,HA6 3BG,

Underdonk
197 Stockholm St. Apt 3R
Brooklyn, NY 11237

Venture Devs Inc
8605 Santa Monica Blvd,  # 1950
West Hollywood, CA 90069

Wise Engineering LLC
Ukraine, Ternopil, 46011,
Stepan Bandera Ave. 33, room 7

Workof
55 Prospect St,
Brooklyn, NY 11201

Yannick Lopez
71 Columbia Street Apt. 18E
New York, NY 10012

Your Special Delivery Service
647 W 27th Street 2nd Floor
New York, NY 10001

United States Bankruptcy Court

Southern District of New York

In re:  P8H, Inc.                                              Case No.

                                                               Chapter    11

                    Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____03/16/2020_____

/s/ Peter Rich
_____
Signature of Individual signing on behalf of debtor

Board Director
_____
Position or relationship to debtor

**United States Bankruptcy Court**

IN RE:                                                   Case No._____

P8H, Inc.
_____ Chapter 11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| 8+ Holdings , | 33.3 | |
| Native SA -Class C , | 15.00 | |
| Lightyear Collective LLC -Class C , | 14.66 | |
| Alti Holdings Inc. , | 2.69 | |
| Series A Investors - Class B , | 15.09 | |
| Management Investment -Class B , | 1.01 | |

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

P8H, Inc.
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| ESOP - Class A ' | 18.25 | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of New York

In re  P8H, Inc.

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $ 30,000.00
_____

   The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 525.00
_____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
   approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.  [Other provisions as needed]

The professional services Kirby Aisner & Curley LLP will render to the Debtor include the following:

a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.

b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.

c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor?s protection from its creditors under Chapter 11 of the Bankruptcy Code.

d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.

e. To attend meetings and negotiate with representatives of creditors and other parties in interest.

f. To advise the Debtor in connection with any potential sale of the business.

g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.

h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.

i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtor?s estate and to promote the best interests of the Debtor, its creditors and its estate.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/16/2020

*Date*

/s/ Dawn Kirby, 2733004

*Signature of Attorney*

Kirby Aisner & Curley LLP

*Name of law firm*

700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9500
dkirby@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
 ------------------------------------------------------------------- X
In re:

|  |  |
|---|---|
|  | Chapter 11 |
| P8H, INC. | Case No.: 20- |

Debtor.
 ------------------------------------------------------------------- X

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Peter Rich, declare under penalty of perjury that I am a Board Director of P8H, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on March 13, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Peter Rich, Board Director, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Peter Rich, Board Director, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved that Peter Rich, Board Director, of this Corporation is authorized and directed to employ Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Dated: New York, New York
        March 13, 2020

                            P8H, INC.


                            By: _/s/ Peter Rich_____
                                    Peter Rich, Board Director

**Resolution of Board of Directors**
**Of**
**P8H, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter <u>11</u> of Title 11 of the United States Code;

Be It Therefore Resolved, that <u>Peter Rich</u>, <u>Board Director</u>, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that <u>Peter Rich</u>, <u>Board Director</u>, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that <u>Peter Rich</u>, <u>Board Director</u>, of this Corporation is authorized and directed to employ Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Dated: New York, New York
         March 16, 2020

                                    <u>/s/ Peter Rich</u>
                                    Peter Rich, Board Director