Company Code : PGT
Company Name : P8H, Inc.
Invoice Date Between 03/13/2020 -> 03/13/2020

| Account | Department | Gross Wages-Total | Taxes - EE-Total | Deductions - EE-Total | Health Benefits - EE-Total | Net Pay | Taxes - ER-Total | Employer Paid Benefits-Total | Workers Comp Fee-Total | Fees-Total | Total Client Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $2,250.00 | $641.22 | $0.00 | $59.60 | $1,549.18 | $190.41 | $177.56 | $14.51 | $46.03 | 2,678.51 |
| 00002189317 | Marketing, Comm. & Content | $1,802.43 | $485.26 | $0.00 | $5.68 | $1,311.49 | $223.33 | $1.06 | $5.60 | $46.03 | 2,078.45 |
| 00002487947 | Operations | $1,833.14 | $416.12 | $0.00 | $77.02 | $1,340.00 | $221.05 | $180.06 | $5.77 | $46.03 | 2,286.05 |
| 00001409282 | Benefit Sales | $3,000.00 | $670.81 | $0.00 | $98.50 | $2,230.69 | $226.56 | $178.25 | $4.32 | $46.03 | 3,455.16 |
| 00001993349 | Operations | $2,307.69 | $433.63 | $0.00 | $190.60 | $1,683.46 | $161.95 | $177.56 | $3.32 | $46.03 | 2,696.55 |
| 00002560625 | Profit Sales | $2,846.15 | $731.29 | $0.00 | $0.00 | $2,114.86 | $299.49 | $0.00 | $18.36 | $46.03 | 3,210.03 |
| 00002425057 | Profit Sales | $1,655.46 | $404.90 | $0.00 | $8.50 | $1,242.06 | $204.43 | $178.13 | $10.68 | $46.03 | 2,094.73 |
| 00002502452 | Marketing, Comm. & Content | $1,982.50 | $557.56 | $0.00 | $0.00 | $1,424.94 | $234.37 | $1.06 | $6.24 | $46.03 | 2,270.20 |
| 00001889620 | Finance | $4,423.08 | $1,399.34 | $0.00 | $15.00 | $3,008.74 | $353.42 | $1.06 | $13.93 | $46.03 | 4,837.52 |
| 00002279216 | Benefit Admin | $2,250.00 | $545.20 | $0.00 | $352.10 | $1,352.70 | $188.62 | $179.65 | $7.09 | $46.03 | 2,671.39 |
| 00002274856 | Benefit Admin | $2,250.00 | $632.25 | $0.00 | $84.55 | $1,533.20 | $188.11 | $179.65 | $7.09 | $46.03 | 2,670.88 |
| 00001394481 | Benefit Sales | $611.36 | $101.93 | $0.00 | $42.80 | $466.63 | $48.85 | $0.00 | $1.93 | $46.03 | 708.17 |
| 00001613533 | Operations | $5,288.46 | $1,903.60 | $0.00 | $106.41 | $3,278.45 | $414.31 | $179.65 | $16.66 | $46.03 | 5,945.11 |
| 00002350673 | Operations | $3,461.54 | $1,126.33 | $0.00 | $65.62 | $2,269.59 | $271.34 | $180.06 | $10.90 | $46.03 | 3,969.87 |
| 00002506970 | Profit Sales | $1,790.25 | $443.47 | $0.00 | $92.50 | $1,254.28 | $214.41 | $178.13 | $5.46 | $46.03 | 2,234.28 |
| 00001735735 | Technology and Design | $4,307.69 | $1,468.89 | $0.00 | $111.84 | $2,726.96 | $335.37 | $180.06 | $13.57 | $46.03 | 4,882.72 |
| 00001584406 | Operations | $2,500.00 | $661.69 | $333.00 | $182.10 | $1,323.21 | $193.19 | $179.65 | $7.88 | $46.03 | 2,926.75 |
| 00002246019 | Profit Admin | $1,783.42 | $444.88 | $0.00 | $82.10 | $1,256.44 | $214.40 | $179.65 | $5.59 | $46.03 | 2,229.09 |
| 00001744003 | Profit Sales | $2,961.54 | $846.34 | $0.00 | $74.50 | $2,040.70 | $230.68 | $178.13 | $19.10 | $46.03 | 3,435.48 |
| 00002270965 | Finance | $2,500.00 | $614.62 | $0.00 | $212.53 | $1,672.85 | $191.54 | $180.06 | $16.13 | $46.03 | 2,933.76 |
| 00001439767 | Benefit Sales | $2,653.85 | | | | $2,653.85 | | | | $46.03 | 2,699.88 |
| 00002347526 | Profit Admin | $1,659.80 | $480.20 | $0.00 | $3.41 | $1,176.19 | $221.77 | $1.06 | $5.64 | $46.03 | 1,934.30 |
| 00002320318 | Benefit Admin | $2,652.33 | $698.50 | $0.00 | $108.04 | $1,845.79 | $287.35 | $179.65 | $7.75 | $46.03 | 3,173.11 |
| 00001906573 | Profit Admin | $2,384.62 | $565.11 | $0.00 | $0.00 | $1,819.51 | $190.54 | $19.13 | $7.51 | $46.03 | 2,647.83 |
| 00002279084 | Profit Sales | $2,250.00 | $658.10 | $0.00 | $171.72 | $1,420.18 | $201.42 | $178.13 | $7.50 | $46.03 | 2,683.08 |
| 00001970992 | Benefit Sales | $2,500.00 | $614.62 | $0.00 | $212.53 | $1,672.85 | $191.54 | $180.06 | $16.13 | $46.03 | 2,933.76 |
| | | **$65,905.31** | **$17,545.86** | **$333.00** | **$2,357.65** | **$45,668.80** | **$5,698.45** | **$3,247.46** | **$238.66** | **$1,196.78** | **$76,286.66** |