```
       COMPANY: PGT P8H, Inc.                    TriNet HR Corporation                          Page  : 1
Pay Period End: 03/22/2020                     IN-HOUSE PAYROLL REGISTER                   Run Date : 03/24/2020
     Pay Group: B1 P8H, Inc. B1                         On Cycle                            Run Time : 10:46:55
     Pay Run Id: *                       Billed Contributions: PRELIMINARY                 Report ID: T2PAY059
Payroll Number :                0
_____

Employee                    Hours          Rate    Amount   Deductions              Taxes                Contributions Billed

                           |Regular  80.00         $2,250.00|B-WWPRE    $127.00 |OASDI       $127.93|ER Local Tax      $7.02
                           |                                |B-AET005    $52.00 |MEDI         $29.92|AET005          $159.00
EmplID       00002241635   |                                |B-AETDEN     $7.60 |FWT         $259.87|AETDEN           $17.50
Dept ID      9JLR004       |                                |                   |NYSDI         $0.63|LIFE              $1.06
Check #      0             |                                |                   |NYSWT        $98.28|FICA-M           $29.92
Check DT     03/27/2020    |                                |                   |NYFLI         $6.08|FICA-O          $127.93
Earn End     03/22/2020    |                                |                   |P0001        $67.86|FUTA              $0.00
                           |                                |                   |                   |Return Deducti    $0.00
                           |                                |                   |                   |Worker Comp      $14.51
                           |                                |                   |                   |Service Fee      $46.03
     ADVICE                |                                |                   |                   |State Unemploy    $0.00
** Net **  $1,472.83 U     |Gross            $2,250.00|Ded        $186.60 |Taxes       $590.57|Contr           $402.97

                           |Regular  80.00  21.63  $1,730.40|A-STD01      $5.07 |OASDI       $107.29|ER Local Tax      $5.88
                           |                                |A-LTD01      $0.61 |MEDI         $25.09|LIFE              $1.06
EmplID       00002189317   |                                |                   |FWT         $186.61|FICA-M           $25.09
Dept ID      9JLR005       |                                |                   |NYSDI         $0.63|FICA-O          $107.29
Check #      0             |                                |                   |NYSWT        $78.00|FUTA              $0.00
Check DT     03/27/2020    |                                |                   |NYFLI         $4.68|Return Deducti    $0.00
Earn End     03/22/2020    |                                |                   |P0001        $54.04|Worker Comp       $5.45
                           |                                |                   |                   |Service Fee      $46.03
                           |                                |                   |                   |State Unemploy   $42.95
     ADVICE                |                                |                   |                   |
** Net **  $1,268.38 U     |Gross            $1,730.40|Ded          $5.68 |Taxes       $456.34|Contr           $233.75

                           |Regular  79.65  23.07  $1,837.53|B-WWPRE    $127.00 |OASDI       $101.60|ER Local Tax      $5.57
                           |Overtime  0.12  34.58      $4.15|B-AET005    $66.00 |MEDI         $23.76|AET005          $159.00
EmplID       00002487947   |                                |B-DEL001     $7.93 |FWT         $131.81|DEL001           $17.50
Dept ID      9JLR007       |                                |B-VSP003     $2.09 |NYSDI         $0.63|VSP003            $2.50
Check #      0             |                                |A-SUP01      $1.00 |NYSWT        $67.73|LIFE              $1.06
Check DT     03/27/2020    |                                |                   |NYFLI         $4.97|FICA-M           $23.76
Earn End     03/22/2020    |                                |                   |P0001        $50.24|FICA-O          $101.60
                           |                                |                   |                   |FUTA              $0.00
                           |                                |                   |                   |Return Deducti    $0.00
                           |                                |                   |                   |Worker Comp       $5.80
                           |                                |                   |                   |Service Fee      $46.03
                           |                                |                   |                   |State Unemploy   $37.69
     ADVICE                |                                |                   |                   |
** Net **  $1,256.92 U     |Gross            $1,841.68|Ded        $204.02 |Taxes       $380.74|Contr           $400.51

                           |Regular  72.00         $2,700.00|B-AET009    $38.50 |OASDI       $183.61|AET009          $159.00
                           |PTO       8.00           $300.00|B-4KROTH    $60.00 |MEDI         $42.94|MET002           $16.10
EmplID       00001409282   |                                |                   |FWT         $444.25|AETV04            $2.09
Dept ID      9JLR003       |                                |                   |                   |LIFE              $1.06
Check #      0             |                                |                   |                   |FICA-M           $42.94
Check DT     03/27/2020    |                                |                   |                   |FICA-O          $183.61
Earn End     03/22/2020    |                                |                   |                   |FUTA              $0.00
                           |                                |                   |                   |Return Deducti    $0.00
                           |                                |                   |                   |Worker Comp       $4.32
                           |                                |                   |                   |Service Fee      $46.03
                           |                                |                   |                   |State Unemploy    $0.00
     ADVICE                |                                |                   |                   |
** Net **  $2,230.70 U     |Gross            $3,000.00|Ded         $98.50 |Taxes       $670.80|Contr           $455.15

                           |Regular  80.00         $2,307.69|B-AET009   $183.00 |OASDI       $131.26|AET009          $159.00
                           |                                |B-AETDEN     $7.60 |MEDI         $30.70|AETDEN           $17.50
EmplID       00001993349   |                                |                   |FWT         $271.68|LIFE              $1.06
Dept ID      9JLR007       |                                |                   |                   |FICA-M           $30.70
Check #      0             |                                |                   |                   |FICA-O          $131.26
Check DT     03/27/2020    |                                |                   |                   |FUTA              $0.00
Earn End     03/22/2020    |                                |                   |                   |Return Deducti    $0.00
                           |                                |                   |                   |Worker Comp       $3.32
                           |                                |                   |                   |Service Fee      $46.03
                           |                                |                   |                   |State Unemploy    $0.00
     ADVICE                |                                |                   |                   |
** Net **  $1,683.45 U     |Gross            $2,307.69|Ded        $190.60 |Taxes       $433.64|Contr           $388.87
_____

Deduction Legend:   B = Before Tax    A = After              Contribution Legend: T = Taxable Benefits
```

```
      COMPANY: PGT P8H, Inc.                    TriNet HR Corporation                           Page : 2
Pay Period End: 03/22/2020                     IN-HOUSE PAYROLL REGISTER                        Run Date : 03/24/2020
    Pay Group: B1 P8H, Inc. B1                          On Cycle                                Run Time : 10:46:55
    Pay Run Id: *                          Billed Contributions: PRELIMINARY                    Report ID: T2PAY059
Payroll Number :              0
_____

Employee                       Hours         Rate    Amount      Deductions            Taxes                Contributions Billed

                              |Regular  80.00       $2,846.15|B-WWPRE      $106.00|OASDI       $169.89|ER Local Tax        $9.31
                              |                              |                    |MEDI         $39.74|FICA-M             $39.74
EmplID     00002560625        |                              |                    |FWT         $335.99|FICA-O            $169.89
Dept ID    9JLR004             |                              |                    |NYSDI         $0.63|FUTA                $0.00
Check #    0                  |                              |                    |NYSWT       $139.49|Return Deducti      $0.00
Check DT   03/27/2020         |                              |                    |NYFLI         $7.69|Worker Comp        $18.36
Earn End   03/22/2020         |                              |                    |                   |Service Fee        $46.03
                              |                              |                    |                   |State Unemploy      $0.00
           ADVICE             |                              |                    |                   |
** Net **  $2,046.72 U        |Gross            $2,846.15|Ded          $106.00|Taxes       $693.43|Contr             $283.33

                              |Regular  79.57  20.67 $1,644.71|B-WWPRE      $127.00|OASDI        $93.70|ER Local Tax        $5.14
                              |Overtime  0.07  31.00     $2.17|B-AET005       $8.50|MEDI         $21.91|AET005            $159.00
EmplID     00002425057        |                              |                    |FWT         $136.39|AETDEN             $15.98
Dept ID    9JLR004             |                              |                    |NYSDI         $0.63|AETV04              $2.09
Check #    0                  |                              |                    |NYSWT        $62.32|LIFE                $1.06
Check DT   03/27/2020         |                              |                    |NYFLI         $4.45|FICA-M             $21.91
Earn End   03/22/2020         |                              |                    |P0001        $44.95|FICA-O             $93.70
                              |                              |                    |                   |FUTA                $0.00
                              |                              |                    |                   |Return Deducti      $0.00
                              |                              |                    |                   |Worker Comp        $10.62
                              |                              |                    |                   |Service Fee        $46.03
                              |                              |                    |                   |State Unemploy     $70.19
           ADVICE             |                              |                    |                   |
** Net **  $1,147.03 U        |Gross            $1,646.88|Ded          $135.50|Taxes       $364.35|Contr             $425.72

                              |Regular  24.08  25.00   $602.00|B-WWPRE      $127.00|OASDI        $91.45|ER Local Tax        $5.01
                              |PTO      40.00  25.00 $1,000.00|                    |MEDI         $21.39|LIFE                $1.06
EmplID     00002502452        |                              |                    |FWT         $151.87|FICA-M             $21.39
Dept ID    9JLR005             |                              |                    |NYSDI         $0.63|FICA-O             $91.45
Check #    0                  |                              |                    |NYSWT        $62.45|FUTA                $0.00
Check DT   03/27/2020         |                              |                    |NYFLI         $4.33|Return Deducti      $0.00
Earn End   03/22/2020         |                              |                    |P0001        $43.44|Worker Comp         $5.05
                              |                              |                    |                   |Service Fee        $46.03
                              |                              |                    |                   |State Unemploy      $0.00
           ADVICE             |                              |                    |                   |
** Net **  $1,099.44 U        |Gross            $1,602.00|Ded          $127.00|Taxes       $375.56|Contr             $169.99

                              |Regular  80.00       $4,423.08|B-WWPRE      $260.00|OASDI       $258.11|ER Local Tax       $14.16
                              |                              |A-SUP01       $15.00|MEDI         $60.36|LIFE                $1.06
EmplID     00001889620        |                              |                    |FWT         $736.35|FICA-M             $60.36
Dept ID    9JLR011             |                              |                    |NYSDI         $0.63|FICA-O            $258.11
Check #    0                  |                              |                    |NYSWT       $230.27|FUTA                $0.00
Check DT   03/27/2020         |                              |                    |NYFLI        $11.95|Return Deducti      $0.00
Earn End   03/22/2020         |                              |                    |                   |Worker Comp        $13.93
                              |                              |                    |                   |Service Fee        $46.03
                              |                              |                    |                   |State Unemploy      $0.00
           ADVICE             |                              |                    |                   |
** Net **  $2,850.41 U        |Gross            $4,423.08|Ded          $275.00|Taxes     $1,297.67|Contr             $393.65

                              |Regular  80.00       $2,250.00|B-AET005      $74.50|OASDI       $134.41|ER Local Tax        $7.38
                              |                              |B-AETDEN       $7.60|MEDI         $31.43|AET005            $159.00
EmplID     00002279216        |                              |B-4KROTH     $270.00|FWT         $223.46|AETDEN             $17.50
Dept ID    9JLR017             |                              |                    |NYSDI         $0.63|AETV04              $2.09
Check #    0                  |                              |                    |NYSWT        $88.20|LIFE                $1.06
Check DT   03/27/2020         |                              |                    |NYFLI         $6.08|FICA-M             $31.43
Earn End   03/22/2020         |                              |                    |P0001        $60.99|FICA-O            $134.41
                              |                              |                    |                   |FUTA                $0.00
                              |                              |                    |                   |Return Deducti      $0.00
                              |                              |                    |                   |Worker Comp         $7.09
                              |                              |                    |                   |Service Fee        $46.03
                              |                              |                    |                   |State Unemploy      $0.00
           ADVICE             |                              |                    |                   |
** Net **  $1,352.70 U        |Gross            $2,250.00|Ded          $352.10|Taxes       $545.20|Contr             $405.99
_____

Deduction Legend:    B = Before Tax    A = After              Contribution Legend: T = Taxable Benefits
```

```
          COMPANY: PGT P8H, Inc.                    TriNet HR Corporation                          Page : 3
Pay Period End: 03/22/2020                        IN-HOUSE PAYROLL REGISTER                   Run Date : 03/24/2020
     Pay Group: B1 P8H, Inc. B1                            On Cycle                           Run Time : 10:46:55
     Pay Run Id: *                             Billed Contributions: PRELIMINARY              Report ID: T2PAY059
Payroll Number :              0
_____
Employee                       Hours           Rate    Amount   Deductions           Taxes              Contributions Billed

                              |Regular  80.00        $2,250.00|B-AET005    $74.50 |OASDI      $134.41|ER Local Tax      $7.37
                              |                                |B-AETDEN     $7.60 |MEDI        $31.43|AET005          $159.00
EmplID      00002274856       |                                |A-SUP01      $1.00 |FWT        $282.86|AETDEN           $17.50
Dept ID     9JLR017           |                                |A-LTD01      $1.45 |NYSDI        $0.63|AETV04            $2.09
Check #     0                 |                                |                    |NYSWT      $104.64|LIFE              $1.06
Check DT    03/27/2020        |                                |                    |NYFLI        $6.08|FICA-M           $31.43
Earn End    03/22/2020        |                                |                    |P0001       $72.20|FICA-O          $134.41
                              |                                |                    |                   |FUTA              $0.00
                              |                                |                    |                   |Return Deducti    $0.00
                              |                                |                    |                   |Worker Comp       $7.09
                              |                                |                    |                   |Service Fee      $46.03
                              |                                |                    |                   |State Unemploy    $0.00
       ADVICE                 |                                |                    |                   |
** Net **   $1,533.20 U       |Gross         $2,250.00|Ded    $84.55 |Taxes     $632.25|Contr           $405.98

                              |Regular  48.00        $2,076.92|B-WWPRE    $130.00 |OASDI      $202.49|ER Local Tax     $11.10
                              |PTO      32.00        $1,384.62|B-AET005    $52.00 |MEDI        $47.35|AET005          $159.00
EmplID      00002350673       |                                |B-MET002    $11.01 |FWT        $524.43|MET002           $17.50
Dept ID     9JLR007           |                                |B-AETV04     $2.61 |NYSDI        $0.63|AETV04            $2.50
Check #     0                 |                                |                    |NYSWT      $171.51|LIFE              $1.06
Check DT    03/27/2020        |                                |                    |NYFLI        $9.34|FICA-M           $47.35
Earn End    03/22/2020        |                                |                    |P0001      $118.55|FICA-O          $202.49
                              |                                |                    |                   |FUTA              $0.00
                              |                                |                    |                   |Return Deducti    $0.00
                              |                                |                    |                   |Worker Comp      $10.90
                              |                                |                    |                   |Service Fee      $46.03
                              |                                |                    |                   |State Unemploy    $0.00
       ADVICE                 |                                |                    |                   |
** Net **   $2,191.62 U       |Gross         $3,461.54|Ded   $195.62 |Taxes   $1,074.30|Contr           $497.93

                              |Regular  80.00  20.19 $1,615.20|B-AET005    $92.50 |OASDI       $98.45|ER Local Tax      $5.40
                              |Overtime  2.15  30.28    $65.11|                    |MEDI        $23.03|AET005          $159.00
EmplID      00002506970       |                                |                    |FWT        $165.40|AETDEN           $15.98
Dept ID     9JLR004           |                                |                    |NYSDI        $0.63|AETV04            $2.09
Check #     0                 |                                |                    |NYSWT       $69.32|LIFE              $1.06
Check DT    03/27/2020        |                                |                    |NYFLI        $4.53|FICA-M           $23.03
Earn End    03/22/2020        |                                |                    |P0001       $48.13|FICA-O           $98.45
                              |                                |                    |                   |FUTA              $0.00
                              |                                |                    |                   |Return Deducti    $0.00
                              |                                |                    |                   |Worker Comp       $5.22
                              |                                |                    |                   |Service Fee      $46.03
                              |                                |                    |                   |State Unemploy   $45.21
       ADVICE                 |                                |                    |                   |
** Net **   $1,178.32 U       |Gross         $1,680.31|Ded    $92.50 |Taxes     $409.49|Contr           $401.47

                              |Regular  64.10  20.67 $1,324.95|A-STD01      $2.76 |OASDI      $115.02|ER Local Tax      $6.31
                              |Overtime  1.10  31.01    $34.11|A-LTD01      $0.65 |MEDI        $26.90|LIFE              $1.06
EmplID      00002347526       |Vac Sup  24.00  20.67   $496.08|                    |FWT        $247.09|FICA-M           $26.90
Dept ID     9JLR018           |                                |                    |NYSDI        $0.63|FICA-O          $115.02
Check #     0                 |                                |                    |NYSWT      $103.11|FUTA              $0.00
Check DT    03/27/2020        |                                |                    |NYFLI        $5.01|Return Deducti    $0.00
Earn End    03/18/2020        |                                |                    |P0001       $59.71|Worker Comp       $5.81
                              |                                |                    |                   |Service Fee      $46.03
                              |                                |                    |                   |State Unemploy   $60.46
       ADVICE                 |                                |                    |                   |
** Net **   $1,294.26 U       |Gross         $1,855.14|Ded     $3.41 |Taxes     $557.47|Contr           $261.59
_____



Deduction Legend:   B = Before Tax    A = After            Contribution Legend: T = Taxable Benefits
```

```
         COMPANY: PGT P8H, Inc.              TriNet HR Corporation                    Page      : 4
Pay Period End: 03/22/2020                 IN-HOUSE PAYROLL REGISTER               Run Date  : 03/24/2020
     Pay Group: B1 P8H, Inc. B1                     On Cycle                       Run Time  : 10:46:55
    Pay Run Id: *                       Billed Contributions: PRELIMINARY          Report ID : T2PAY059
Payroll Number :              0
_____

Employee                        Hours          Rate     Amount    Deductions              Taxes                Contributions Billed

                              |Regular  72.00         $3,876.92 |B-WWPRE     $127.00 |OASDI      $252.36 |ER Local Tax    $13.84
                              |PTO       8.00           $430.77 |B-AET005     $97.50 |MEDI        $59.02 |AET005         $159.00
EmplID      00001735735       |                                 |B-GUADEN     $10.26 |FWT        $714.09 |GUADEN          $17.50
Dept ID     9JLR002           |                                 |B-AETV04      $2.61 |NYSDI        $0.63 |AETV04           $2.50
Check #     0                 |                                 |A-LTD01       $1.47 |NYSWT      $223.36 |LIFE             $1.06
Check DT    03/27/2020        |                                 |                    |NYFLI       $11.64 |FICA-M          $59.02
Earn End    03/22/2020        |                                 |                    |P0001      $152.74 |FICA-O         $252.36
                              |                                 |                    |                   |FUTA             $0.00
                              |                                 |                    |                   |Return Deducti   $0.00
                              |                                 |                    |                   |Worker Comp     $13.57
                              |                                 |                    |                   |Service Fee     $46.03
                              |                                 |                    |                   |State Unemploy   $0.00
      ADVICE                  |                                 |                    |                   |
** Net **   $2,655.01 U       |Gross           $4,307.69        |Ded         $238.84 |Taxes    $1,413.84 |Contr          $564.88

                              |Regular  56.00         $1,750.00 |A-GRNPEO    $333.00 |OASDI      $149.91 |ER Local Tax     $8.23
                              |PTO      24.00           $750.00 |B-AET005     $74.50 |MEDI        $35.06 |AET005         $159.00
EmplID      00001584406       |                                 |B-AETDEN      $7.60 |FWT        $279.48 |AETDEN          $17.50
Dept ID     9JLR007           |                                 |B-4KROTH    $100.00 |NYSDI        $0.63 |AETV04           $2.09
Check #     0                 |                                 |                    |NYSWT      $111.44 |LIFE             $1.06
Check DT    03/27/2020        |                                 |                    |NYFLI        $6.75 |FICA-M          $35.06
Earn End    03/22/2020        |                                 |                    |P0001       $78.42 |FICA-O         $149.91
                              |                                 |                    |                   |FUTA             $0.00
                              |                                 |                    |                   |Return Deducti   $0.00
                              |                                 |                    |                   |Worker Comp      $7.88
                              |                                 |                    |                   |Service Fee     $46.03
                              |                                 |                    |                   |State Unemploy   $0.00
      ADVICE                  |                                 |                    |                   |
** Net **   $1,323.21 U       |Gross           $2,500.00        |Ded         $515.10 |Taxes      $661.69 |Contr          $426.76

                              |Regular  80.00  25.96  $2,076.80 |B-AET005     $92.50 |OASDI      $148.30 |AET005         $159.00
                              |Vac Sup  16.00  25.96    $415.36 |B-AETDEN      $7.60 |MEDI        $34.69 |AETDEN          $17.50
EmplID      00002320318       |                                 |A-STD01       $7.15 |FWT        $332.18 |AETV04           $2.09
Dept ID     9JLR017           |                                 |A-LTD01       $0.79 |NYSDI        $0.63 |LIFE             $1.06
Check #     0                 |                                 |                    |NYSWT      $132.37 |FICA-M          $34.69
Check DT    03/27/2020        |                                 |                    |NYFLI        $6.73 |FICA-O         $148.30
Earn End    03/19/2020        |                                 |                    |                   |FUTA             $0.00
                              |                                 |                    |                   |Return Deducti   $0.00
                              |                                 |                    |                   |Worker Comp      $7.85
                              |                                 |                    |                   |Service Fee     $46.03
                              |                                 |                    |                   |State Unemploy   $0.00
      ADVICE                  |                                 |                    |                   |
** Net **   $1,729.22 U       |Gross           $2,492.16        |Ded         $108.04 |Taxes      $654.90 |Contr          $416.52

                              |Regular  74.60  22.12  $1,650.15 |B-AET005     $74.50 |OASDI      $108.19 |ER Local Tax     $5.94
                              |PTO       8.00  22.12    $176.96 |B-AETDEN      $7.60 |MEDI        $25.31 |AET005         $159.00
EmplID      00002246019       |                                 |                    |FWT        $189.83 |AETDEN          $17.50
Dept ID     9JLR018           |                                 |                    |NYSDI        $0.63 |AETV04           $2.09
Check #     0                 |                                 |                    |NYSWT       $78.89 |LIFE             $1.06
Check DT    03/27/2020        |                                 |                    |NYFLI        $4.93 |FICA-M          $25.31
Earn End    03/22/2020        |                                 |                    |P0001       $54.65 |FICA-O         $108.19
                              |                                 |                    |                   |FUTA             $0.00
                              |                                 |                    |                   |Return Deducti   $0.00
                              |                                 |                    |                   |Worker Comp      $5.76
                              |                                 |                    |                   |Service Fee     $46.03
                              |                                 |                    |                   |State Unemploy  $40.25
      ADVICE                  |                                 |                    |                   |
** Net **   $1,282.58 U       |Gross           $1,827.11        |Ded          $82.10 |Taxes      $462.43 |Contr          $411.13

                              |                                 |                    |                   |LIFE             $1.06
                              |                                 |                    |                   |Return Deducti   $0.00
EmplID      00002270965       |                                 |                    |                   |Service Fee     $46.03
Dept ID     9JLR011           |                                 |                    |                   |State Unemploy   $0.00
Check #     0                 |                                 |                    |                   |
Check DT    03/27/2020        |                                 |                    |                   |
Earn End    03/22/2020        |                                 |                    |                   |
                              |                                 |                    |                   |
** Net **                     |Gross               $0.00        |Ded           $0.00 |Taxes        $0.00 |Contr           $47.09
_____


Deduction Legend:    B = Before Tax    A = After             Contribution Legend: T = Taxable Benefits
```

```
     COMPANY: PGT P8H, Inc.                    TriNet HR Corporation                         Page : 5
Pay Period End: 03/22/2020                   IN-HOUSE PAYROLL REGISTER                   Run Date : 03/24/2020
     Pay Group: B1 P8H, Inc. B1                      On Cycle                            Run Time : 10:46:55
     Pay Run Id: *                       Billed Contributions: PRELIMINARY                Report ID: T2PAY059
Payroll Number :              0
_____
Employee                  Hours         Rate      Amount    Deductions            Taxes         Contributions Billed

                         |Regular  64.00        $1,907.69|                      |OASDI      $195.89|ER Local Tax     $10.74
                         |Vac Sup  42.00        $1,251.92|                      |MEDI        $45.82|AETDEN           $15.98
EmplID     00001906573   |                               |                      |FWT        $439.52|AETV04            $2.09
Dept ID    9JLR018       |                               |                      |NYSDI        $0.63|LIFE              $1.06
Check #    0             |                               |                      |NYSWT      $209.23|FICA-M           $45.82
Check DT   03/27/2020    |                               |                      |NYFLI        $8.53|FICA-O          $195.89
Earn End   03/18/2020    |                               |                      |                  |FUTA              $0.00
                         |                               |                      |                  |Return Deducti    $0.00
                         |                               |                      |                  |Worker Comp       $9.95
                         |                               |                      |                  |Service Fee      $46.03
                         |                               |                      |                  |State Unemploy    $0.00
        ADVICE           |                               |                      |                  |
** Net **  $2,259.99 U   |Gross         $3,159.61|Ded                    $0.00|Taxes        $899.62|Contr           $327.56

                         |Regular  64.00        $1,800.00|B-AET005      $52.00  |OASDI      $136.28|ER Local Tax      $7.47
                         |Vac Sup  16.00          $450.00|A-LTD01        $0.72  |MEDI        $31.87|AET005          $159.00
EmplID     00002279084   |                               |B-4KROTH     $112.50  |FWT        $266.83|AETDEN           $15.98
Dept ID    9JLR004       |                               |                      |NYSDI        $0.63|AETV04            $2.09
Check #    0             |                               |                      |NYSWT      $114.35|LIFE              $1.06
Check DT   03/27/2020    |                               |                      |NYFLI        $6.08|FICA-M           $31.87
Earn End   03/18/2020    |                               |                      |                  |FICA-O          $136.28
                         |                               |                      |                  |FUTA              $0.00
                         |                               |                      |                  |Return Deducti    $0.00
                         |                               |                      |                  |Worker Comp       $7.09
                         |                               |                      |                  |Service Fee      $46.03
                         |                               |                      |                  |State Unemploy    $0.00
        ADVICE           |                               |                      |                  |
** Net **  $1,528.74 U   |Gross         $2,250.00|Ded                  $165.22|Taxes        $556.04|Contr           $406.87

                         |Regular  56.00        $2,073.08|B-WWPRE      $127.00  |OASDI      $171.12|ER Local Tax      $9.38
                         |PTO      24.00          $888.46|B-AET005      $74.50  |MEDI        $40.02|AET005          $159.00
EmplID     00001744003   |                               |                      |FWT        $340.36|AETDEN           $15.98
Dept ID    9JLR004       |                               |                      |NYSDI        $0.63|AETV04            $2.09
Check #    0             |                               |                      |NYSWT      $138.36|LIFE              $1.06
Check DT   03/27/2020    |                               |                      |NYFLI        $7.99|FICA-M           $40.02
Earn End   03/22/2020    |                               |                      |P0001       $97.05|FICA-O          $171.12
                         |                               |                      |                  |FUTA              $0.00
                         |                               |                      |                  |Return Deducti    $0.00
                         |                               |                      |                  |Worker Comp      $19.10
                         |                               |                      |                  |Service Fee      $46.03
                         |                               |                      |                  |State Unemploy    $0.00
        ADVICE           |                               |                      |                  |
** Net **  $1,964.51 U   |Gross         $2,961.54|Ded                  $201.50|Taxes        $795.53|Contr           $463.78

                         |Regular  64.00        $2,000.00|B-AET005      $92.50  |OASDI      $164.13|ER Local Tax      $9.00
                         |Vac Sup  24.00          $750.00|B-AETDEN       $7.60  |MEDI        $38.39|AET005          $159.00
EmplID     00001970992   |                               |B-AETV04       $2.61  |FWT        $388.33|AETDEN           $17.50
Dept ID    9JLR003       |                               |A-STD01        $8.41  |NYSDI        $0.63|AETV04            $2.50
Check #    0             |                               |A-LTD01        $1.41  |NYSWT      $159.33|LIFE              $1.06
Check DT   03/27/2020    |                               |                      |NYFLI        $7.43|FICA-M           $38.39
Earn End   03/18/2020    |                               |                      |                  |FICA-O          $164.13
                         |                               |                      |                  |FUTA              $0.00
                         |                               |                      |                  |Return Deducti    $0.00
                         |                               |                      |                  |Worker Comp      $17.74
                         |                               |                      |                  |Service Fee      $46.03
                         |                               |                      |                  |State Unemploy    $0.00
        ADVICE           |                               |                      |                  |
** Net **  $1,879.23 U   |Gross         $2,750.00|Ded                  $112.53|Taxes        $758.24|Contr           $455.35

Deduction Legend:    B = Before Tax    A = After           Contribution Legend: T = Taxable Benefits
```

```
      COMPANY: PGT P8H, Inc.              TriNet HR Corporation                    Page : 6
Pay Period End: 03/22/2020              IN-HOUSE PAYROLL REGISTER              Run Date : 03/24/2020
     Pay Group: B1 P8H, Inc. B1                   On Cycle                      Run Time : 10:46:55
     Pay Run Id: *                  Billed Contributions: PRELIMINARY           Report ID: T2PAY059
Payroll Number :          0
                                          Pay Group Total
_____
Earnings              $55,392.98 Deductions      $3,480.41  Taxes     $14,684.10 Contributions    $8,646.84
_____
REG-Regular 1,538.00  $46,993.27 B-WWPRE        $1,258.00  |OASDI      $3,275.80 |ER Local Tax   $154.25
OVT-Overtime    3.44     $105.54 B-AET005         $978.00  |MEDI         $766.13 |AET005       $2,226.00
PTO-PTO       144.00   $4,930.81 B-AETDEN          $60.80  |FWT        $7,048.68 |AETDEN         $219.90
VST-Vac Sup   122.00   $3,363.36 A-STD01           $23.39  |NYSDI         $12.60 |LIFE            $23.32
                                 A-LTD01            $7.10  |NYSWT      $2,442.65 |FICA-M         $766.13
                                 B-DEL001           $7.93  |NYFLI        $135.27 |FICA-O       $3,275.80
                                 B-VSP003           $2.09  |P0001      $1,002.97 |FUTA             $0.00
                                 A-SUP01           $17.00  |                     |Return Deducti   $0.00
                                 B-AET009         $221.50  |                     |Worker Comp    $206.41
                                 B-4KROTH         $542.50  |                     |Service Fee  $1,058.69
                                 B-MET002          $11.01  |                     |State Unemploy $296.75
                                 B-AETV04           $7.83  |                     |DEL001          $17.50
                                 B-GUADEN          $10.26  |                     |VSP003           $2.50
                                 A-GRNPEO         $333.00  |                     |AET009         $318.00
                                                          |                     |MET002          $33.60
                                                          |                     |AETV04          $30.49
                                                          |                     |GUADEN          $17.50
_____
Gross Gross  $55,392.98 Flex Ded    $3,099.92  |Flex Gross  $52,293.06
Tax Gross    $55,392.98 401k Ded        $0.00  |401k Gross  $55,392.98
Adj Gross    $52,293.06                        |Net Pays    $37,228.47
                                               |                $0.00 C
                                               |                $0.00 A
                                               |           $37,228.47 U


Deduction Legend:    B = Before Tax    A = After         Contribution Legend: T = Taxable Benefits
```

```
        COMPANY: PGT P8H, Inc.                    TriNet HR Corporation                      Page : 7
Pay Period End: 03/22/2020                       IN-HOUSE PAYROLL REGISTER                   Run Date : 03/24/2020
      Pay Group: B1 P8H, Inc. B1                        On Cycle                             Run Time : 10:46:55
      Pay Run Id: *                          Billed Contributions: PRELIMINARY               Report ID: T2PAY059
Payroll Number :          0
                                                 Pay Period Total
_____
Earnings                  $55,392.98 Deductions    $3,480.41    Taxes     $14,684.10 Contributions     $8,646.84
_____
REG-Regular   1,538.00   $46,993.27 |B-WWPRE       $1,258.00   |OASDI      $3,275.80 |ER Local Tax       $154.25
OVT-Overtime      3.44      $105.54 |B-AET005        $978.00   |MEDI         $766.13 |AET005           $2,226.00
PTO-PTO         144.00    $4,930.81 |B-AETDEN         $60.80   |FWT        $7,048.68 |AETDEN             $219.90
VST-Vac Sup     122.00    $3,363.36 |A-STD01          $23.39   |NYSDI         $12.60 |LIFE                $23.32
                                    |A-LTD01           $7.10   |NYSWT      $2,442.65 |FICA-M             $766.13
                                    |B-DEL001          $7.93   |NYFLI        $135.27 |FICA-O           $3,275.80
                                    |B-VSP003          $2.09   |P0001      $1,002.97 |FUTA                 $0.00
                                    |A-SUP01          $17.00   |                     |Return Deducti       $0.00
                                    |B-AET009        $221.50   |                     |Worker Comp        $206.41
                                    |B-4KROTH        $542.50   |                     |Service Fee      $1,058.69
                                    |B-MET002         $11.01   |                     |State Unemploy     $296.75
                                    |B-AETV04          $7.83   |                     |DEL001              $17.50
                                    |B-GUADEN         $10.26   |                     |VSP003               $2.50
                                    |A-GRNPEO        $333.00   |                     |AET009             $318.00
                                    |                          |                     |MET002              $33.60
                                    |                          |                     |AETV04              $30.49
                                    |                          |                     |GUADEN              $17.50
_____
Gross Gross            $55,392.98 Flex Ded    $3,099.92   |Flex Gross      $52,293.06
Tax Gross              $55,392.98 401k Ded        $0.00   |401k Gross      $55,392.98
Adj Gross              $52,293.06                         |Net Pays        $37,228.47
                                                          |                   $0.00 C
                                                          |                   $0.00 A
                                                          |               $37,228.47 U

Deduction Legend:   B = Before Tax    A = After              Contribution Legend: T = Taxable Benefits
```

```
          COMPANY: PGT P8H, Inc.              TriNet HR Corporation                       Page : 8
Pay Period End: 03/22/2020                  IN-HOUSE PAYROLL REGISTER                 Run Date : 03/24/2020
     Pay Group: B1 P8H, Inc. B1                     On Cycle                          Run Time : 10:46:55
     Pay Run Id: *                       Billed Contributions: PRELIMINARY            Report ID: T2PAY059
Payroll Number :            0
                                               Company Total
_____
Earnings               $55,392.98 Deductions    $3,480.41  Taxes      $14,684.10 Contributions     $8,646.84

REG-Regular  1,538.00  $46,993.27 B-WWPRE       $1,258.00 |OASDI       $3,275.80 |ER Local Tax       $154.25
OVT-Overtime     3.44     $105.54 B-AET005        $978.00 |MEDI          $766.13 |AET005           $2,226.00
PTO-PTO        144.00   $4,930.81 B-AETDEN         $60.80 |FWT         $7,048.68 |AETDEN             $219.90
VST-Vac Sup    122.00   $3,363.36 A-STD01          $23.39 |NYSDI          $12.60 |LIFE                $23.32
                                  A-LTD01           $7.10 |NYSWT       $2,442.65 |FICA-M             $766.13
                                  B-DEL001          $7.93 |NYFLI         $135.27 |FICA-O           $3,275.80
                                  B-VSP003          $2.09 |P0001       $1,002.97 |FUTA                 $0.00
                                  A-SUP01          $17.00 |                      |Return Deducti       $0.00
                                  B-AET009        $221.50 |                      |Worker Comp        $206.41
                                  B-4KROTH        $542.50 |                      |Service Fee      $1,058.69
                                  B-MET002         $11.01 |                      |State Unemploy     $296.75
                                  B-AETV04          $7.83 |                      |DEL001              $17.50
                                  B-GUADEN         $10.26 |                      |VSP003               $2.50
                                  A-GRNPEO        $333.00 |                      |AET009             $318.00
                                           |                                     |MET002              $33.60
                                           |                                     |AETV04              $30.49
                                           |                                     |GUADEN              $17.50
_____
Gross Gross    $55,392.98 Flex Ded     $3,099.92 |Flex Gross    $52,293.06
Tax Gross      $55,392.98 401k Ded         $0.00 |401k Gross    $55,392.98
Adj Gross      $52,293.06                        |Net Pays      $37,228.47
                                                 |                  $0.00 C
                                                 |                  $0.00 A
                                                 |             $37,228.47 U




Deduction Legend:    B = Before Tax    A = After          Contribution Legend: T = Taxable Benefits
```

```
      COMPANY: PGT P8H, Inc.              TriNet HR Corporation                    Page : 9
Pay Period End: 03/22/2020             IN-HOUSE PAYROLL REGISTER              Run Date : 03/24/2020
     Pay Group: B1 P8H, Inc. B1                 On Cycle                      Run Time : 10:46:55
     Pay Run Id: *                  Billed Contributions: PRELIMINARY         Report ID: T2PAY059
Payroll Number :           0
                                             Grand Total
_____
Earnings              $55,392.98 Deductions    $3,480.41  Taxes      $14,684.10 Contributions   $8,646.84
_____
REG-Regular  1,538.00  $46,993.27|B-WWPRE       $1,258.00 |OASDI      $3,275.80 |ER Local Tax    $154.25
OVT-Overtime     3.44     $105.54|B-AET005        $978.00 |MEDI         $766.13 |AET005        $2,226.00
PTO-PTO        144.00   $4,930.81|B-AETDEN        $60.80  |FWT        $7,048.68 |AETDEN          $219.90
VST-Vac Sup    122.00   $3,363.36|A-STD01         $23.39  |NYSDI         $12.60 |LIFE             $23.32
                                 |A-LTD01          $7.10  |NYSWT      $2,442.65 |FICA-M          $766.13
                                 |B-DEL001         $7.93  |NYFLI        $135.27 |FICA-O        $3,275.80
                                 |B-VSP003         $2.09  |P0001      $1,002.97 |FUTA              $0.00
                                 |A-SUP01         $17.00  |                     |Return Deducti    $0.00
                                 |B-AET009       $221.50  |                     |Worker Comp     $206.41
                                 |B-4KROTH       $542.50  |                     |Service Fee   $1,058.69
                                 |B-MET002        $11.01  |                     |State Unemploy  $296.75
                                 |B-AETV04         $7.83  |                     |DEL001           $17.50
                                 |B-GUADEN        $10.26  |                     |VSP003            $2.50
                                 |A-GRNPEO       $333.00  |                     |AET009          $318.00
                                 |                        |                     |MET002           $33.60
                                 |                        |                     |AETV04           $30.49
                                 |                        |                     |GUADEN           $17.50
_____
Gross Gross           $55,392.98|Flex Ded      $3,099.92  |Flex Gross  $52,293.06
Tax Gross             $55,392.98|401k Ded          $0.00  |401k Gross  $55,392.98
Adj Gross             $52,293.06|                         |Net Pays    $37,228.47
                                 |                        |                $0.00 C
                                 |                        |                $0.00 A
                                 |                        |            $37,228.47 U




Deduction Legend:    B = Before Tax    A = After             Contribution Legend: T = Taxable Benefits
```