**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------- X
In re:                                            :         Chapter 11
                                                  :
                                                  :         Case No. 20-10809 (smb)
**P8H, INC., d/b/a PADDLE 8,**                    :
                                                  :
                                                  :
                        Debtor.                   :
-------------------------------------------------- X

**ORDER SHORTENING TIME FOR NOTICE AND HEARING UNDER
FED. R. BANKR. P. 9006(C)(1) TO CONSIDER CHAPTER 11 TRUSTEE'S
(I) MOTION FOR ORDERS: (A) SCHEDULING AND AUTHORIZING
THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS FREE AND
CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER
INTERESTS; (B) APROVING RELATED PROCEDURES AND THE
FORM OF THE SALE NOTICE; AND (C) GRANTING RELATED RELIEF;
AND (II) APPLICATION FOR ORDER AUTHORIZING THE RETENTION
OF NEVIUM LLC AS SALES ADVISOR AND CONSULTANT TO
CHAPTER 11 TRUSTEE WITH RESPECT TO SALE OF DEBTOR'S ASSETS**

Upon the Application of Megan E. Noh, as Chapter 11 Trustee (the "Trustee") of debtor P8H, Inc., d/b/a Paddle 8 (the "Debtor"), for an Order Shortening Time for Notice and Hearing Under Fed. R. Bankr. P. 9006(c)(1) (the "Application") to Consider the Trustee's (I) Motion for Orders: (A) Scheduling and Authorizing the Sale of Certain of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving Related Procedures and the Form of the Sale Notice; and (C) Granting Related Relief (the "Sale Motion"); and (II) Application for an Order Authorizing the Retention of Nevium LLC as Sales Advisor and Consultant to the Trustee with Respect to Sale of Debtor's Assets (the "Retention Motion"); and notice of the relief requested in the Application to be provided to (a) the U.S. Trustee; (b) counsel to the Official Committee of Unsecured Creditors; (c) counsel to FBNK Finance S.à.r.l., as assignee of Stockaccess Holdings SAS; (d) all parties that have filed a notice of appearance with the Court; (e) all parties that have requested notice under Bankruptcy Rule 2002; (f) the

Internal Revenue Service; and (g) all parties on the Debtor's official service list; and the Court having considered the Application and opposition thereto (if any); and good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Application be, and hereby is granted **to the extent indicated**. **[SMB: 5/26/20]**

2. A hearing to consider the relief requested in the Sale Motion and Retention Motion will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, on **June 10, 2020 at 10 a.m. (Eastern time)**. Due to the COVID-19 pandemic and in accordance with the Court's General Order M-543, dated March 20, 2020, the hearing will be conducted telephonically. Parties should not appear in person and those wishing to participate in the hearing must make arrangements through Court Solutions LLC. Instructions to register for Court Solutions LLC are attached to the Court's General Order M-543~~, a copy of which is attached hereto as Exhibit A~~. **[SMB: 5/26/20]**

3. All objections and responses to the Sale Motion and Retention Motion must be filed with the Court no later than **June 9, 2020 at 12 noon** (Eastern time) and simultaneously served (via email) upon the attorneys for the Trustee, Pryor Cashman LLP, 7 Times Square, New York, New York 10036 (Attn: Richard Levy, Jr. Esq. (rlevy@pryorcashman.com) and Conrad K. Chiu, Esq.(cchiu@pryorcashman.com).

4. The Trustee shall serve notice of the hearing on the Sale Motion and Retention Motion by sending a copy of the Application with this Order, the Sale Motion, and the Retention Motion via **first class mail, by May 29, 2020** to: (a) the U.S. Trustee; (b) counsel to the Official Committee of Unsecured Creditors; (c) counsel to FBNK Finance S.à.r.l., as assignee of

2

Stockaccess Holdings SAS; (d) all parties that have filed a notice of appearance with the Court; (e) all parties that have requested notice under Bankruptcy Rule 2002; (f) the Internal Revenue Service; and (g) all parties on the Debtor's official service list.  Notwithstanding the preceding, any parties who have appeared through counsel under notices of appearance filed in the case are deemed to have been timely served through the Court's ~~NEF~~/ECF system.  **[SMB: 5/26/20]**

Dated:  New York, New York
      May 26, 2020

                                          /s/ *Stuart M. Bernstein*
                                        UNITED STATES BANKRUPTCY JUDGE