## Exhibit A

## SUMMARY OF ASSETS AVAILABLE FOR PURCHASE FROM BY THE CHAPTER 11 TRUSTEE

**SUMMARY OF ASSETS AVAILABLE FOR
PURCHASE FROM THE CHAPTER 11 TRUSTEE
[Subject to revision]**

*For more detailed information about the Assets, please contact the Trustee*

- **Web domain names**
  - www.paddle8.com
  - Various other extensions of paddle8 and related domains (incl. in relation to Paddle8 Editions and Wine)
  - Various extensions of Archiv8
  - Various domains related to Gavel and Grand

- **Website architecture**
  - Content management system
  - Inventory management/cataloguing system ("Archiv8")
  - Bidding engine

- **Client/transaction database**
  - MySQL
  - ~217,000 user accounts recording individual user transactions (including buying, bidding, and customer preferences, *e.g.* "follows" of particular artists)
  - ~38,000 records of sold auction items, including hammer prices (not reported through any auction pricing database or otherwise publicly available)
  - ~228,000 individual bid records

- **Trademarks**
  - US Reg. no. 4730306, "Paddle8" (no space between word and number)
  - US Reg. no. 4147471, "Paddle 8" (with space between word and number)
  - US Reg. no. 4147463, "Paddle8" (depicting auction paddle with numeral 8 inside)
  - Various international registrations (incl. in Asia) for "Paddle8"

- **Applications**
  - IoS (iTunes store) application "Paddle8"
  - Proprietary tablet application (for use by staff and live event attendees)

- **Newsletter data**
  - Bi-monthly distribution to ~100,000 subscribers

- **Social Media Accounts**

- o Consistent handles (@paddle8) and branding across platforms
  - Instagram: ~82,000 followers
  - Twitter: ~37,000 followers
  - Facebook: ~38,000 likes
  - Youtube and Vimeo

4615154