# **EXHIBIT A**

4633112 v1
30428.00002

2 Gold Sofas
Blue Sectional Sofa
9 Morbylanga Tables
8 Wishbone Chairs
Plank Sofa
Rectangular Dining Table
Soundproofing Panels
Refrigerator
9 Density Cork Wallpapers
44 Office Chairs
Westchester Rug
Aim Pendant Lights
Custom Mobile Decoration
Nordcasa Dining Table
Light fixtures
4 Sonos Inc. units
Bathroom Console wall mount
Computer equipment remaining at Debtor Premises