# **<u>EXHIBIT B</u>**

Nuria Mora Installation 1:



Nuria Mora Installation 2:



Alternate view of Nuria Mora Installation 2:



Details of Nuria Mora Installation 2:



Details of Installation by Yok & Sheryo:













