# EXHIBIT C

## SCULPTURES



1. "Paradise Lost"
24(h) x 6(w) x 6.5(d) Sculpture
Suar carving
███████



2. "I take a poop"
24(h) x 7(w) x 11(d)
Suar carving
███████



3. "Devil's Day Off"
24(h) x 12.5(w) x 8(d)
Suar carving
███████



4. "Crocodile Yogi"
31(h) x 12(w) x 6.5(d)
Suar carving
███████



5. "Beelzebub Wound Licker"
13(h) x 7(w) x 7(d)
Suar carving
███████



. "Diablo's Day Off"
6(h) x 9(w) x 10(d) head
(h) x 14(w) x 8(d) body
uar carving
███████

## SCULPTURES



7. "Fuck Trump Finger"
Sculpture
Poplar carving

SEND TO DETROIT



8. "Taking a stand"
24(h) x 7(w) x 11(d)
Poplar carving with reclaimed
NY magazine box
███████

SEND WOODEN SCULPTURE TO DETROIT
SEND MAGAZINE BOX TO BROOKYLN

## NEON



9. "Ms Ping Pong"
Neon on reclaimed
tin sheeting
██████

SEND TO DETROIT
*Neon to be placed in box that it came
with (should be in the storage room)

## OBJECTS



10. "Friday Juice"
Mixed media on bottle
██████



<u>PAINTINGS</u>


11. "No Boogie Bort"
2018
24inches x 36inches framed
Mixed media on found paper


18. "Shark Cull"


12. "No WIFI"
2018
24inches x 36inches framed
Mixed media on found paper


13. "Smurfin' for a Bruisin'" 2018
24 x 27 inches
Spray paint, acrylic, found paper on found wood


14. "Keys to the apartment" 2018
36 x 48 inches
Spray paint, acrylic, found paper on found wood


15. "Hiphop Worm"
8 x 11 inches
Mixed media on handcrafted paper


16. "Mechanic tiger"
36 x 48 inches
Mixed media on reclaimed wood


17. "Get loose tiger"
48 x 48 inches
Mixed media on stretched canvas

**Artwork Pricelist:**

PAPER

AIRBRUSH



19. "Pow Zoom to the Moon"
16 x 20 in
India ink on fabriano paper
███



25. "Custom airbrush pieces"
18 x 24 in
Airbrush on heavyweight paper

(Inquire for more details)



20. "Devil Shark"
16 x 20 in
India ink on fabriano paper
███



26. TIGER RUG



21. "Java Ducks"
11.7 x 16.5 in
Ink on heavyweight paper
███



DETROIT ADDRESS:
Logan Merry
2560 Helen St, Detroit,
MI 48207



22. "Java Panther Cats"
11.7 x 16.5 in
Ink on heavyweight paper
███



BROOKLYN ADDRESS:
TO BE CONFIRMED

23. "Devil on vacation in Java"
16 x 20 in
Ink on heavyweight paper
███

EXTRA NOTES:
*Include frames with artwork
*Deinstall Shelves, to be sent to brooklyn





24. "Sluggatronic"
4 x 6 in
Ink on heavyweight paper
███

PADDLE8





**1**

*Niort12*, 2016
Recycled insulator, wood, glassand rope
12x26 cm



**2**

*Atlantico*, 2017
Ceramic, agate and wood
10x20 cm



**3**

*Niort3*, 2016
Recycled insulator, glass, wood and rope
23x36 cm



**4**

*Bola 30*, 2017
Ceramic and wood
30x33 cm



**5**

*Cristal*, 2017
Glass and wood
20x36 cm



**6**

*Green*, 2014
Wood and glass
40x35 cm



**7**

*Niort5*, 2016
Glass, wood, recycled insulator, rope and jade
15x38 cm



**8**

*Niort6*, 2016
Glass
12x10 cm



**9**

*Niort10*, 2016
Glass
30x26 cm



**10**

*Déco*, 2017
Ceramic, wood and agate
10x26 cm



**11**

*Boya1*, 2016
Golden wood, glass and rope
30x27 cm



**12**

*Niort13*, 2014
Recycled insulator, wood, jadeand rope
15x60 cm



**13**

*Y Un Cuerno*, 2017
Recycled insulator, wood and a horne
18x35 cm



**14**

*Veneciana*, 2017
Ceramic, wood and agate
9x23 cm




**15**

*Obus*, 2017
Ceramic and wood
15x47 cm

**16**



boya northern lights, ceramic
12cm diameter. ▮▮▮

**17**



prado ,ceramic 20cm ▮▮▮

**18**



facetas ceramic 20x22cm
▮▮▮



"De tal palo tal astilla",2013.
sculpture , wood and pencils.

GREEN 37x25x27
BLUE 34x46x33

**21**

# objects for the shelves



**22**



*MARSHMELLOW, 2018*
Cerámica esmaltada / Enamel ceramic
Medidas variables / Variable measures

20x13cm

*GRIEGO, 2018*
Cerámica esmaltada / Enamel ceramic
Medidas variables / Variable measures

**23**



gallego 20x13 cm

**24**



***ROMBOS ULTRAMAR, 2018***
**Cerámica esmaltada / Enamel ceramic**
**Medidas variables / Variable measures**
20x10cm ███████

**25**

 

"SONRRISA" CERAMIC 30X23 CM  ███████

**26**




*EQUILIBRIO INESTABLE, 2018*
Cerámica esmaltada / Enamel ceramic
Medidas variables / Variable measures

**27**







*PLATO, 2018*
Cerámica esmaltada / Enamel ceramic
Medidas variables / Variable measures

**28**



**piece in process will be ready for shipping**

20x25cm ████████

**29**



**piece in process will be ready for shipping**



artworks

**30 y 31**



diptico "Sin titulo acrílico on paper" 200x150CM (3x2) ██████████

**32**

 

"DOTS"35X35CM ██████████

**36**



PIEDRA ANGULAR 65x50CM ■■■■

**37**



ROCAS IGNEAS 50,5X65,5CM ■■■

**38**



"serpentine" 108x74,5cm



**39**



DIAMONDS PINK AND YELLOW
300X400 CM 

**40**



MAGENTA 1
200X300CM ███

**41**



MUNARI GREEN 1 ███
958€

**42**



CRYSTAL GREEN 170X240

**43**

YURTA 120X180CM

**44**

TIPI 120X180CM



*Mix Papagueno 1*, 2017
Acrylic on 200 gr montval paper
80x115 cm

**46**



*Mix Papagueno 3*
2017
Acrylic on 200 gr montval paper
40x33 cm

**47**



*Mix Papagueno 2*
2017
Acrylic on 200 gr montval paper
32x40 cm

| REFERENCE# | ARTIST | TITLE | YEAR | MEDIUM | DIMENSIONS |
|---|---|---|---|---|---|
| 16 | Nuria Mora | Boya Northern Lights | n/a | Ceramic | 12 x 12 x 12cm |
| 17 | Nuria Mora | Prado | n/a | Ceramic | 20 x 20 x 20cm |
| 18 | Nuria Mora | Facetas | n/a | Ceramic | 20 x 22 x 22cm |
| 19 | Nuria Mora | De Tal Palo Tal Astilla (Gre | 2013 | Wood and pencil | 37 x 25 x 27cm |
| 20 | Nuria Mora | De Tal Palo Tal Astilla (Blu | 2013 | Wood and pencil | 34 x 46 x 33cm |
| 21 | Nuria Mora | Marshmallow | 2018 | Enamel Ceramic | 20 x 13 x 13cm |
| 22 | Nuria Mora | Griego | 2018 | Enamel Ceramic | 20 x 13 x 13cm |
| 23 | Nuria Mora | Gallego | 2018 | Enamel Ceramic | 20 x 13 x 13cm |
| 24 | Nuria Mora | Rombos Ultramar | 2018 | Enamel Ceramic | 20 x 10 x 10cm |
| 25 | Nuria Mora | Sonrisa | n/a | Ceramic | 30 x 23 x 23cm |
| 26 | Nuria Mora | Equilibrio Inestable | 2018 | Enamel Ceramic | 47 x 20 x 20 cm |
| 27 | Nuria Mora | Plato | 2018 | Enamel Ceramic | 20 x 30 x30 cm |
| 28 | Nuria Mora | In Process' | 2019 | Enamel Ceramic | 20 x 25 x 25cm |
| 29 | Nuria Mora | In process' | 2019 | Enamel Ceramic | 20 x 25 x 25cm |
| 30/31 | Nuria Mora | Sin Titulo (diptych) | n/a | Acrylic on paper | 200 x 150cm (each) |
| 32 | Nuria Mora | DOTS | n/a | Acrylic on paper | 35 x 35cm |
| 36 | Nuria Mora | Piedra Angular | n/a | Acrylic on paper | 65 x 50cm |
| 37 | Nuria Mora | Rocas Igneas | n/a | Acrylic on paper | 50.5 x 65.5cm |
| 38 | Nuria Mora | Serpentine | n/a | Acrylic on paper | 108 x 74.5cm |
| 1 | Nuria Mora | *Niort12* | 2016 | Recycled insulator, wood | 26 x 12 x 12cm |
| 2 | Nuria Mora | *Atlantico* | 2017 | Ceramic, agate and wooc | 20 x 10 x 10 cm |
| 3 | Nuria Mora | *Niort3* | 2016 | Recycled insulator, wood | 36 x 23 x 23 cm |
| 4 | Nuria Mora | *Bola 30* | 2017 | Ceramic and wood | 33 x 30 x 30 cm |
| 7 | Nuria Mora | *Niort5* | 2016 | Glass, wood, recycled ins | 38 x 15 x 15 cm |
| 8 | Nuria Mora | *Niort6* | 2016 | Glass | 12 x 10 x 10 cm |
| 9 | Nuria Mora | *Niort10* | 2016 | Glass | 26 x 30 x 30 cm |
| 12 | Nuria Mora | *Niort13* | 2014 | Recycled insulator, wood | 50 x 15 x 15 cm |
| 13 | Nuria Mora | Y Un Cuerno | 2017 | Recycled insulator, wood | 38 x 18 x 18 cm |
| 14 | Nuria Mora | *Veneciana* | 2017 | Ceramic, wood and agate | 23 x 9 x 9 cm |
| 15 | Nuria Mora | *Obus* | 2017 | Ceramic and wood | 47 x 15 x 15 cm |
| 45 | Nuria Mora | *Sin Papagueno 1* | 2017 | Acrylic on paper | 80 x 115 cm |
| 46 | Nuria Mora | *Sin Papagueno 3* | 2017 | Acrylic on paper | 40 x 33 cm |
| 47 | Nuria Mora | *Sin Papagueno 2* | 2017 | Acrylic on paper | 32 x 40 cm |
| 5 | Nuria Mora | Cristal | 2017 | Glass and wood | 36 x 20 x 20 cm |
| 6 | Nuria Mora | *Green* | 2014 | Wood and glass | 35 x 40 x 40 cm |
| 10 | Nuria Mora | Déco | 2017 | Ceramic, wood and agate | 26 x 10 x 10 cm |
| 11 | Nuria Mora | *Boya1* | 2016 | Golden wood, glass and r | 27 x 30 x 30 cm |
| n/a | | Art Books | | | 42 x 36 x 36 cm |
| n/a | | Art Books | | | 43 x 36 x 36 cm |
| n/a | | Art Books | | | 44 x 36 x 36 cm |
| n/a | | Resine Flowers | | | 44 x 36 x 26 cm |
| n/a | | Resine Flowers | | | 44 x 36 x 26 cm |
| n/a | | Resine Flowers | | | 44 x 36 x 26 cm |
| n/a | | Resine Flowers | | | 55 x 38 x 35 cm |
| 42 | | Crystal Green | | Tapesty | 170 x 240cm |
| 43 | | Yurita | | Tapesty | 120 x 180cm |
| 44 | | Tipi | | Tapesty | 120 x 180cm |
| 39 | | Diamonds Pink and Yellow | | Tapesty | 300 x 400cm |
| 40 | | Magenta 1 | | Tapesty | 200 x 300cm |
| 41 | | Munari Green | | Tapesty | 170 x 240cm |