# EXHIBIT D

**From:** Lew Bader <lew@counselinginschools.org>
**Sent:** Friday, February 21, 2020 1:33 PM
**To:** Smith, Whitney John <Whitney.Smith@klgates.com>
**Cc:** Hardesty, Ashby <Ashby.Hardesty@klgates.com>; David Kener <david@counselinginschools.org>; Kevin Dahill-Fuchel <kevin@counselinginschools.org>
**Subject:** Paddle 8

**External Sender:**

Lew Bader
Finance Director



505 Eighth Avenue Suite 12A-06
New York, NY 10018

p - 212-663-3036 ext.317
c - 516-967-6201
f-  212-663-3037
www.counselinginschools.org

This electronic message contains information sent from Counseling in Schools Inc. The contents may be privileged and confidential and are intended for the use of the intended recipient(s) only. If you are not an intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail and any attachments.

---------- Forwarded message ---------
From: **Sondra Kinney** <sondra.kinney@paddle8.com>
Date: Fri, Jan 31, 2020 at 3:02 PM
Subject: Re: Auction Completion
To: Lew Bader <lew@counselinginschools.org>
Cc: Randi Zwickler <randi.zwickler@paddle8.com>, Sarah Bencic <sarah.bencic@paddle8.com>, David Kener <david@counselinginschools.org>, Kevin Dahill-Fuchel <kevin@counselinginschools.org>

Hi Lew,

1

I've attached your summary statement which outlines the total amount raised along with the fees accrued by Paddle8. Let me know if you have any questions.

Best,
Sondra

On Fri, Jan 31, 2020 at 11:52 AM Lew Bader <lew@counselinginschools.org> wrote:
> Thank you Randi.
>
> Sondra - When will you supply the numbers? I want to be certain that I have the right expectations here.
>
> Thanks.
>
> Lew
>
> Lew Bader
> Finance Director
>
> 
>
> 505 Eighth Avenue Suite 12A-06
> New York, NY 10018
>
> p - 212-663-3036 ext.317
> c - 516-967-6201
> f- 212-663-3037
> www.counselinginschools.org
>
> _____
> This electronic message contains information sent from Counseling in Schools Inc. The contents may be privileged and confidential and are intended for the use of the intended recipient(s) only. If you are not an intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail and any attachments.
>
>
> On Thu, Jan 30, 2020 at 4:58 PM Randi Zwickler <randi.zwickler@paddle8.com> wrote:
>> Hi Lew,
>> I apologize for the lack of communication, we were certainly not expecting there to be a delay and are also frustrated with the situation as well. I do appreciate you value our relationship, we too are looking forward to another successful auction together!
>>
>> Sondra, in copy, will be able to send you those numbers within the next few days. Again, I appreciate your patience here and apologize for the delay.

On Thu, Jan 30, 2020 at 4:47 PM Lewis Bader <lew@counselinginschools.org> wrote:

Thank you for the update Randi. I am disappointed in the delay and also the lack of communication. We are an organization that plans our cash flow very carefully and were relying on these funds being here this month. That said, we value the partnership with Paddle8 and look forward to working with you on future auctions.

Would it be possible to get an accounting of revenues less expenses and the final payment amount we should anticipate so that I can enter it in my February cash plow forecast?

Thanks.

Best regards,

Lew

> On Jan 30, 2020, at 3:42 PM, Randi Zwickler <randi.zwickler@paddle8.com> wrote:
>
> Hi Lew,
> I hope you are well! Thank you for your continued patience as we have worked to finalize the payment to you.
>
> The amount owed to you will be paid out no later than Friday, February 14, 2020. We sincerely apologize that the payment was delayed as we finished finalizing budgets with our new board. Your payment is a priority and we will follow-up again once this has been sent over.
>
> Sincerely,
> Randi
>
> On Thu, Jan 30, 2020 at 2:52 PM Lew Bader <lew@counselinginschools.org> wrote:
>> Hi Randi:
>>
>> Just a gentle reminder that we have yet to receive the funds from the auction. Please let me know when we can anticipate a final accounting and payment.
>>
>> Thanks.
>>
>> Lew
>>
>>
>> Lew Bader
>> Finance Director
>>
>> 

3

505 Eighth Avenue Suite 12A-06
New York, NY 10018

p - 212-663-3036 ext.317
c - 516-967-6201
f- 212-663-3037
www.counselinginschools.org

_____
This electronic message contains information sent from Counseling in Schools Inc. The contents may be privileged and confidential and are intended for the use of the intended recipient(s) only. If you are not an intended recipient, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail and any attachments.

--


**Randi Zwickler**
**Sr. Account Specialist, Brand Partnerships**
347-547-3618
107 Norfolk Street, New York, NY 10002

Join our newsletter

--


**Randi Zwickler**
**Sr. Account Specialist, Brand Partnerships**
347-547-3618
107 Norfolk Street, New York, NY 10002

Join our newsletter

--


**Sondra Kinney**
**Post-Sale Administrator | Benefit Auctions**
+1 917 338 1894 x3288
107 Norfolk Street, New York, NY 10002

Join our newsletter

4



**Date: 1/31/2020**

**Organization: Counseling in Schools**

**Summary Statement Number: 4290**

| | |
|---|---|
| Total Raised | ...$43,940.00 |
| Total Collected | ...$43,940.00 |
| Total Sales Tax Collected | ...$0.00 |
| Total Paid to Org | ...$0.00 |
| Setup Fee | ...$1,500.00 |
| Processing Fee (2%) | ...$878.80 |
| Credit Card Fee (3.5%) | ...$1,537.90 |
| Wire Fee ($30/per) | ...$0.00 |
| Commission (8%) | ...$3,515.20 |
| **Total Fees** | **...$7,431.90** |
| **Net Proceeds Remitted** | **...$36,508.10** |