Hearing Date: August 11, 2020 at 10:00 a.m.
Objection Deadline: August 4, 2020 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              Chapter 11
                                                    Case No. 20-10809 (SMB)
P8H, INC. d/b/a Paddle8,

                    Debtor.
------------------------------------------------------X

### NOTICE OF MOTION OF MORITT HOCK & HAMROFF LLP TO WITHDRAW AS COUNSEL FOR FBNK FINANCE S.a.r.l.

TO THE HONORABLE STUART M. BERNSTEIN,
UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that upon the annexed Declaration of Theresa A. Driscoll, Esq., dated July 22, 2020, and the accompanying Memorandum of Law, Moritt Hock & Hamroff LLP, counsel for FBNK Finance S.a.r.l. ("FBNK Finance"), will move this Court before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on August 11, 2020 at 10:00 a.m. or at such other time as the Court may direct, for an Order pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules of the Southern District of New York permitting Moritt Hock & Hamroff LLP to withdraw as counsel for FBNK Finance (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the entry of the relief sought in the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York and must be filed, with a courtesy copy to the Chambers of Judge Stuart M. Bernstein, no later than August 4, 2020 at 4:00 p.m., (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, must also be served so that a hard copy of the objection is received on or before the Objection Deadline, by Moritt Hock

& Hamroff LLP, 400 Garden City Plaza, Garden City, New York 11530, Attn.: Theresa A. Driscoll, Esq.

**PLEASE TAKE FURTHER NOTICE** that if no objections are filed or received by the Objection Deadline, the Court may approve the relief sought in the Motion.

Dated: July 22, 2020
Garden City, New York

**MORITT HOCK & HAMROFF LLP**
*Counsel to FBNK Finance S.a.r.l.*

By: /s/ Theresa A. Driscoll
Theresa A. Driscoll
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
tdriscoll@moritthock.com

To:

FBNK Finance S.a.r.l.
1, Cote d'EichL-1450
Luxembourg
Attn: John Textor
john.textor@facebank.com

Megan E. Noh
Pryor Cashman LLP
7 Times Square
New York, NY 10036
mnoh@pryorcashman.com
(*Chapter 11 Trustee*)

Richard Levy, Jr.
Pryor Cashman LLP
7 Times Square
New York, NY 10036
rlevy@pryorcashman.com
(*Counsel to Chapter 11 Trustee*)

Richard J. Corbi
The Law Offices of Richard J. Corbi PLLC
1501 Broadway
12th Floor
New York, NY 10036
rcorbi@corbilaw.com
(*Counsel for the Official Committee
of Unsecured Creditors*)

Office of the United States Trustee
for the Southern District of New York
Attn. Richard C. Morrissey, Esq.
201 Varick Street, Suite 1006
New York, NY 10014
Richard.morrissey@usdoj.gov
(United States Trustee)

2294226v1