UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                               Chapter 11
                                                                     Case No. 20-10809 (SMB)

P8H, INC. d/b/a Paddle8,

                              Debtor.
-----------------------------------------------------------------X

### ORDER GRANTING MOTION OF MORITT HOCK & HAMROFF LLP
### TO WITHDRAW AS COUNSEL FOR FBNK FINANCE S.a.r.l.
### PURSUANT TO S.D.N.Y. LBR 2090-1(e) AND FOR RELATED RELIEF

Upon the Motion filed by Moritt Hock & Hamroff LLP, counsel for FBNK Finance

S.a.r.l. ("FBNK Finance") to be relieved as counsel pursuant to the Local Bankruptcy Rules of

the Southern District of New York ("LBR") Rule 2090-1(e) for FBNK Finance; and based upon

the record at the hearing held on August 11, 2020; and notice of withdrawal having been

provided to FBNK Finance by electronic and first class mail, it is hereby:

**ORDERED,** that Moritt Hock & Hamroff LLP is permitted to withdraw, and is hereby

relieved as counsel for FBNK Finance.

Dated: August __, 2020
       New York, New York


_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

2294212v1