**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>P8H, INC.,<br><br>              Debtor. | Case No.: 20-10809 (SMB)<br><br>Chapter: 11 |

**NOTICE OF APPEARANCE**

Please take notice FBNK Finance S.a.r.l., as a creditor in the above-captioned case, hereby appears by its counsel Rabinowitz, Lubetkin & Tully, LLC and requests that all notices given or required to be given in connection with the above-captioned Chapter 11 case, and all papers served or required to be served in connection with the above-captioned Chapter 11 case, be given to and served upon:

> Rabinowitz, Lubetkin & Tully, LLC
> 293 Eisenhower Parkway, Suite 100
> Livingston, New Jersey 07039
> Attention:  Jonathan I. Rabinowitz
> (973) 597-9100 phone
> (973) 597-9119 fax
> jrabinowitz@rltlawfirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any paper filed in the above-captioned Chapter 11 case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, expedited delivery services, telephone, telex telecopy, electronic mail or otherwise.

Dated this 23rd day of September, 2020

        RABINOWITZ, LUBETKIN & TULLY, LLC

        /s/ Jonathan I. Rabinowitz
        JONATHAN I. RABINOWITZ
        293 Eisenhower Parkway, Suite 100
        Livingston, New Jersey 07039
        Attention:  Jonathan I. Rabinowitz
        (973) 597-9100 phone
        (973) 597-9119 fax
        jrabinowitz@rltlawfirm.com

*Attorneys for Creditor FBNK Finance S.a.r.l.*