UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF New York

| | |
|---|---|
| In re P8H, Inc. d/b/a Paddle 8 | Case No. 20-10809 |
| Debtor | Reporting Period: 09/01/20 - 09/30/20 |
| | Federal Tax I.D. # 81-5071415 |

## CORPORATE MONTHLY OPERATING REPORT*

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*the month, as are the reports for Southern District of New York.) (Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | Notes |
|    Copies of bank statements | | Yes | |
|    Cash disbursements journals | | No | |
| Statement of Operations | MOR-2 | Yes | Notes |
| Balance Sheet | MOR-3 | Yes | Notes |
| Status of Post-petition Taxes | MOR-4 | Yes | Notes |
|    Copies of IRS Form 6123 or payment receipt | | No | |
|    Copies of tax returns filed during reporting period | | No | |
| Summary of Unpaid Post-petition Debts | MOR-4 | No | |
|    Listing of Aged Accounts Payable | | No | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | No | |
| Taxes Reconciliation and Aging | MOR-5 | Yes | Notes |
| Payments to Insiders and Professional | MOR-6 | Yes | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | No | |
| Debtor Questionnaire | MOR-7 | Yes | Notes |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

**/s/ Megan E. Noh, as Chapter 11 Trustee**                                         **10/19/2020**

Megan E. Noh, Chapter 11 Trustee                                                              Date

**(signature appears on next page)**

Ramesh Ganeshan, Controller, P8H, Inc. d/b/a Paddle 8, Debtor                           Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR 2/2008 PAGE 1 OF

UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF New York

| | |
|---|---|
| In re P8H, Inc. d/b/a Paddle 8 | Case No. 20-10809 |
| Debtor | Reporting Period: 09/01/20 - 09/30/20 |
| | Federal Tax I.D. # 81-5071415 |

## CORPORATE MONTHLY OPERATING REPORT*

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*the month, as are the reports for Southern District of New York.) (Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | Notes |
|    Copies of bank statements | | Yes | |
|    Cash disbursements journals | | No | |
| Statement of Operations | MOR-2 | Yes | Notes |
| Balance Sheet | MOR-3 | Yes | Notes |
| Status of Post-petition Taxes | MOR-4 | Yes | Notes |
|    Copies of IRS Form 6123 or payment receipt | | No | |
|    Copies of tax returns filed during reporting period | | No | |
| Summary of Unpaid Post-petition Debts | MOR-4 | No | |
|    Listing of Aged Accounts Payable | | No | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | No | |
| Taxes Reconciliation and Aging | MOR-5 | Yes | Notes |
| Payments to Insiders and Professional | MOR-6 | Yes | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | No | |
| Debtor Questionnaire | MOR-7 | Yes | Notes |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.


Megan E. Noh, Chapter 11 Trustee                                                       Date


                                                                                       10.16.20
____ Ganeshan, Controller, P8H, Inc. d/b/a Paddle 8, Debtor                            Date


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR 2/2008 PAGE 1 OF

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | 962,003.36 | | 0 | 0 | 962,003.36 |
| **RECEIPTS** | | | | | |
| CASH SALES | | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | - |
| LOANS AND ADVANCES | | | | | - |
| SALE OF ASSETS | | | | | - |
| OTHER *(ATTACH LIST)* | | | | | - |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | |
| **TOTAL RECEIPTS** | 962,003.36 | - | - | - | 962,003.36 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | 8,648.00 | | | | 8,648.00 |
| PAYROLL TAXES | 7,207.78 | | | | 7,207.78 |
| SALES, USE, & OTHER TAXES | | | | | - |
| INVENTORY PURCHASES | | | | | - |
| SECURED/ RENTAL/ LEASES | 6,983.46 | | | | 6,983.46 |
| INSURANCE | | | | | - |
| ADMINISTRATIVE | 6,069.20 | | | | 6,069.20 |
| SELLING | 3,798.69 | | | | 3,798.69 |
| OTHER | 5,325.00 | | | | 5,325.00 |
| OWNER DRAW * | | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | | | | | - |
| PROFESSIONAL FEES | 16,450.00 | | | | 16,450.00 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | - |
| COURT COSTS | | | | | - |
| **TOTAL DISBURSEMENTS** | 54,482.13 | - | - | - | 54,482.13 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (54,482.13) | - | | | (54,482.13) |
| | | | | | |
| CASH – END OF MONTH | 907,521.23 | - | - | - | 907,521.23 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 50,683.44 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 50,683.44 |

*NOTE: DISBURSEMENTS ARE CALCULATED WITHOUT REFERENCE TO CREDIT CARD CHARGEBACKS, WHICH DID NOT REDUCE ACTUAL CASH OF THE ESTATE. NO CHARGEBACKS WERE RECORD FOR THIS MONTH.*

**Note to Disbursements |Professional Fees:**

**Monthly charge backs by credit card companies (no cash changed hands):**

| Date | Num | Amount |
|---|---|---|
| 9/19/2020 | SB3303-Dispute | 3,798.69 |

**The Monthly Operating Reports previously filed for March 2020, April 2020, May 2020, June 2020 and July 2020 reported prior credit card chargeacks book by credit card issuers. The reports did no clearly state that those transactions were non-cash adjustments that did not result in an outflow of funds from the estate. The Trustee is evaluating whether the estate may have a right of action agaisnt the credit card issuers for pyament of the relevant sums.**

**Note to Disbursements |Other**
**Sales tax remitted to NYS tax authority for certain assets sold in court-approved asset sale.**

**Note to Disbursements |Selling Expenses:**

| | | |
|---|---|---|
| Viking Advocates LLC | 4,900.00 | **Fees and expenses for international service of process in adversary proceedings** |
| Translingua Associates Inc. | 11,550.00 | **Fees for translation of adversary proceeding papers for international service** |
| Total | 16,450.00 | |

In re P8H, Inc. d/b/a Paddle 8　　　　　　　　　　　　　Case No. 20-10809
　　　Debtor　　　　　　　　　　　　　　　　　　　Reporting Period: 09/01/20 - 09/30/20

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 907,521.23 | | | |
| BANK BALANCE | 907,521.23 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE *** | 907,521.23 | - | - | - |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

FORM MOR-1 (CONT.) 2/2008 PAGE 4 OF

| In re P8H, Inc. d/b/a Paddle 8 | | Case No. 20-10809 |
|---|---|---|
| Debtor | | Reporting Period: 09/01/20 - 09/30/20 |

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | - | 22,733.49 |
| Less: Returns and Allowances | (265.99) | (57,509.63) |
| Net Revenue | (265.99) | (34,776.14) |
| **COST OF GOODS SOLD** | - | |
| Beginning Inventory ( See note below) | | |
| Add: Purchases | - | 18,750.00 |
| Add: Cost of Labor | - | 43,623.11 |
| Add: Other Costs *(attach schedule)* | 1,940.73 | 27,612.19 |
| Less: Ending Inventory | - | - |
| Cost of Goods Sold | 1,940.73 | 89,985.30 |
| Gross Profit | (2,206.72) | (124,761.44) |
| **OPERATING EXPENSES** | | |
| Advertising | | 82.50 |
| Auto and Truck Expense | | - |
| Bad Debts | | - |
| Contributions | | - |
| Employee Benefits Programs | 708.10 | 15,913.29 |
| Officer/Insider Compensation* | | - |
| Insurance | 777.79 | 10,924.10 |
| Management Fees/Bonuses | | - |
| Office Expense | 5,931.70 | 8,369.29 |
| Pension & Profit-Sharing Plans | | - |
| Repairs and Maintenance | 1,203.89 | 57,382.00 |
| Rent and Lease Expense | - | 41,701.83 |
| Salaries/Commissions/Fees | 13,983.66 | 292,781.32 |
| Supplies | | 1,015.49 |
| Taxes - Payroll | 1,301.52 | 29,919.48 |
| Taxes - Real Estate | | - |
| Taxes - Other | | - |
| Travel and Entertainment | - | - |
| Utilities | | 1,826.66 |
| Other *(attach schedule)* | | - |
| Total Operating Expenses Before Depreciation | 23,906.66 | 459,915.96 |
| Depreciation/Depletion/Amortization | 5,552.77 | 44,760.01 |
| Net Profit (Loss) Before Other Income & Expenses | (31,666.15) | (629,437.41) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | - | 49,279.76 |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | (31,666.15) | (678,717.17) |

FORM MOR-2 2/2008 PAGE 5 OF

| REORGANIZATION ITEMS | | |
|---|---:|---:|
| Professional Fees | 16,450.00 | 32,900.00 |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | - | 10,502.45 |
| Gain (Loss) from Sale of Equipment | - | 499,810.00 |
| Other Reorganization Expenses *(attach schedule)* | - | - |
| Total Reorganization Expenses | (16,450.00) | 477,412.45 |
| Income Taxes | | |
| Net Profit (Loss) | (48,116.15) | (201,304.72) |

*"Insider" is defined in 11 U.S.C. Section 101(31).                                  -

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER COSTS

| | | |
|---|---:|---:|
| Credit Card fees | - | 7,668.80 |
| Net Delivery Cost ( Shipping Income Less Shipping Expenses) | 1,940.73 | 19,593.49 |
| Gain/Loss on Currenncy Exchange ( Foreign Auction) | | 349.9 |
| | | |
| | 1,940.73 | 27,612.19 |

OTHER OPERATIONAL EXPENSES                                                            -

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Note re Professional Fees:**
**This figure represents the fees paid to Viking Advocates and Translingua Associates connection with commencement of adversary proceedings against foreign defendants.   See detail on MOR-1.**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH 08/31 | BOOK VALUE ON PETITION DATE OR SCHEDULED 03/15 |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | 907,521.23 | 962,003.36 | 829,419.77 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | - | - | |
| Accounts Receivable (Net) | 23,706.35 | 23,706.35 | 367,860.71 |
| Notes Receivable | | | |
| Inventories | 71,013.51 | 71,013.51 | 71,013.51 |
| Prepaid Expenses | 4,666.72 | 5,444.51 | 34,300.24 |
| Professional Retainers | - | - | |
| Other Current Assets *(attach schedule)* | 116,576.73 | 116,576.73 | 116,576.73 |
| *TOTAL CURRENT ASSETS* | 1,123,484.54 | 1,178,744.46 | 1,419,170.96 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment (See note below) | 234,768.20 | 234,768.20 | 234,768.20 |
| Leasehold Improvements (See note below) | 133,743.38 | 133,743.38 | 133,743.38 |
| Vehicles | | | |
| Less: Accumulated Depreciation | (246,005.01) | (240,452.24) | (201,245.00) |
| *TOTAL PROPERTY & EQUIPMENT* | 122,506.57 | 128,059.34 | 167,266.58 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(See note below )* | 54,215.00 | 54,215.00 | 302,840.00 |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | 1,300,206.11 | 1,361,018.80 | 1,889,277.54 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | 1,557,059.56 | 1,564,431.10 | 1,739,527.28 |
| Taxes Payable *(refer to FORM MOR-4)* | 2,306.51 | 7,631.51 | 9,025.91 |
| Wages Payable | 16,710.09 | 16,710.09 | 16,710.09 |
| Notes Payable | 8,916,265.08 | 8,916,265.08 | 8,866,985.32 |
| Rent / Leases - Building/Equipment | 26,078.61 | 26,078.61 | 26,078.61 |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 10,518,419.85 | 10,531,116.39 | 10,658,327.21 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| *TOTAL PRE-PETITION LIABILITIES* | | | |
| *TOTAL LIABILITIES* | | | |

| OWNERS' EQUITY | | | |
|---|---:|---:|---:|
| Capital Stock | 6,025,000.00 | 6,025,000.00 | 6,025,000.00 |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (678,717.17) | (678,717.17) | |
| Retained Earnings - Post-petition | (14,564,496.57) | (14,516,380.42) | (14,794,049.67) |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | (9,218,213.74) | (9,170,097.59) | (8,769,049.67) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 1,300,206.11 | 1,361,018.80 | 1,889,277.54 |
| *"Insider" is defined in 11 U.S.C. Section 101(31). | - | - | - |

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**Note re Inventories:**
**This figure represents the book value of damaged items that were returned to the Debtor by auction or storefront sale purchasers.**

**Note re Other Current Assets:**
**This is the remaining uncollected balance of approx. $211,000 withheld by the IRS for 2014-15 tax liabilities of the Debtor's predecessor,Paddle 8, Inc., which assumed the right to recovery of those funds upon its incorporation in 2017.  The Debtor previously recovered approx. $95,000 of the sum from the IRS.  The balance is believed to be uncollectible.**

**Note re Leasehold Improvements:**
**Furniture and fixtures are carried at book value, are believed to have no material residual value.  Leasehold improvements represent the book value of the costs of leasehold build-outs and physical upgrading of the leasehold space.**

**Note re Taxes Payable:**
**Taxes payable represent sales taxes due in conneciton with court-approved sale of certain assets $5,325, and accrued prepetition tax claims $2,306.51.**

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding (See note below) | | | | | | 0 |
| FICA-Employee | | | | | | 0 |
| FICA-Employer | | | | | | 0 |
| Unemployment | | | | | | 0 |
| Income | | | | | | 0 |
| Other: | | | | | | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | | | | | | |
| Withholding | | | | | | 0 |
| Sales | | | | | | - |
| Excise | | | | | | 0 |
| Unemployment | | | | | | 0 |
| Real Property | | | | | | 0 |
| Personal Property | | | | | | 0 |
| Other: | | | | | | 0 |
| Total State and Local | - | - | - | - | - | 0 |
| | | | | | | |
| **Total Taxes** | 0 | - | 0 | 0 | 0 | 0 |

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

**Note to Federal and State Taxes:**
**All federal and state payroll taxes and withholding are deposited with the Debtor's payroll processor, Trinet, which in turn makes payments to the applicable federal and state agencies for withholding and taxes.**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 23,706.35 |
| Plus: Amounts billed during the period | - |
| Less: Amounts collected during the period | (290.99) prior aging error |
| Total Accounts Receivable at the end of the reporting period | 23,415.36 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | 23,415.36 | 23,415.36 |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | - | - | - | 23,415.36 | 23,415.36 |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | - | - | - | 23,415.36 | 23,415.36 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | | | 2,306.51 | 2,306.51 |
| 31 - 60 days old | | | | | - |
| 61 - 90 days old | | | | | - |
| 91+ days old | | | | | - |
| Total Taxes Payable | - | - | - | 2,306.51 | 2,306.51 |
| Total Accounts Payable | | | | | |

**Note re Taxes Payable:**
**Taxes aged at at 91+ days are forprepetition taxes reflected on the Debtor's books, for which proofs of claim may or may not have been filed by the taxing authority in the Debtor's bankruptcy case.**

In re P8H, Inc. d/b/a Paddle 8  
Debtor

Case No. 20-10809  
Reporting Period: 09/01/20 - 09/30/20

20-10809-dsj    Doc 154    Filed 10/19/20    Entered 10/19/20 14:25:48    Main Document
Pg 12 of 13

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

# POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

FORM MOR-6 2/2008 PAGE 11 OF

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? *(See note below.)* | X | |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

` **Note to Line 4:**
**One workers' compensation claim was outstanding as of the end of this reporting period, involving a former employee of the Debtor whose employment ended before the filing of the Debtor's bankrputcy petition.**

**Note to Lines 3 and 11:**
**Sales taxes were due and paid to certain state taxing authorities in connection with the court-approved sales of the Debtor's assets closed during the preceding reporting period.**

**Note to Line 16:**
**The Debtor was late in the payment of estimated U.S. Trustee's fees for the calendar quarter ended March 31, 2020. Payment of the estimated fees for that quarter was made by the Trustee during July 2020, along with payment of the estimated fees for the calendar quarter ended June 30, 2020. The actual fees due for the quarter ended June 30, 2020, in the amount of $5,850, were paid to the U.S. Trustee in early September 2020.**