**Presentment Date and Time: March 29, 2021 at 12:00 p.m. (Eastern Time)**
**Objection Date and Time: March 26, 2020 at 12:00 p.m. (Eastern Time)**
**Hearing Date and Time (Only if Objections Filed): To be Announced**

**GORDON & REES, LLP**
Ronald A. Giller, Esq.
Kasey T. Mahoney, Esq.
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Phone: (973) 549-2500
Fax: (973) 377-1911
Email: rgiller@grsm.com
          kmahoney@grsm.com

*Counsel for Christopher Hsu*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In Re: | Case No. 20-10809 (DSJ) |
| P8H, INC. d/b/a PADDLE 8, | Chapter 11 |
| Debtor, | |

-------------------------------------------------------------X

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER BETWEEN THE CHAPTER 11 TRUSTEE, THE UNSECURED CREDITOR COMMITTEE, AND CHRISTOPHER HSU TO PERMIT INSURER TO PAY DEFENSE COSTS OF CHRISTOPHER HSU COVERED BY DEBTOR'S INSURANCE POLICY**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed stipulation and order (the "Stipulation and Order") to the Honorable David S. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), at One Bowling Green, New York, New York, 10004, Room 501 for approval and signature on **March 29, 2021** at 12:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE**, that any responses or objections ("Objections") to the Stipulation and Order shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed

with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399, so as to be so filed and received no later than March 26, 2021 at 12:00 p.m. (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Stipulation and Order, a hearing (the "Hearing") will be held to consider such Stipulation and Order before the Honorable David S. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York, 10004-1408 on a date to be announced.

Dated: March 5, 2021
      New York, New York

                        **GORDON REES SCULLY MANSUKHANI, LLP**

                        By: __*s/ Ronald A. Giller*_____
                            Ronald A. Giller, Esq.
                            Kasey T. Mahoney, Esq.
                        1 Battery Park Plaza, 28th Floor
                        New York, NY 10004
                        Phone: (973) 549-2500
                        Fax: (973) 377-1911
                        Email: rgiller@grsm.com
                                     kmahoney@grsm.com

                        *Counsel for Christopher Hsu*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:                                              Case No. 20-10809 (DSJ)

P8H, INC. d/b/a PADDLE 8,                           Chapter 11

                        Debtor,
-------------------------------------------------------------X

### STIPULATION AND ORDER AMONG THE CHAPTER 11 TRUSTEE, THE UNSECURED CREDITORS COMMITTEE, AND CHRISTOPHER HSU TO PERMIT INSURER TO PAY DEFENSE COSTS OF CHRISTOPHER HSU COVERED BY DEBTOR'S INSURANCE POLICY

**WHEREAS** on March 16, 2020 (the "Petition Date") P8H, INC. d/b/a PADDLE 8 (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York; and

**WHEREAS** on May 1, 2020, the Official Committee of Unsecured Creditors of the Estate of the Debtor commenced an adversary proceeding against Christopher Hsu, Docket No. 20¬01081, alleging, inter alia, that he breached fiduciary duties that he owed to creditors (the "Adversary Proceeding Action"); and

**WHEREAS**, prior to the Petition Date, the Debtor, as insured, purchased Policy No. DOH021158466 (the "Insurance Policy") with a limit of liability for Directors' and Officers' coverage up to USD $1,000,000 and no deductible. The Insurance Policy covers the Debtor and its directors and officers and, among other things, entitles the directors and officers to reimbursement of certain costs, charges, fees (including attorneys' fees and expert fees) and similar expenses incurred in connection with defending or investigating claims against the directors and officers (such costs, charges, fees and expenses, in each case as and to the extent reimbursable under the applicable insurance policy, "Defense Costs").

**WHEREAS** the Insurance Policy was issued by CFC Underwriting Limited (the "Insurer"). The Insurance Policy was effective from May 1, 2019 to May 16, 2020 (extended from May 1, 2020 by the Extension Endorsement) and Mr. Hsu was a Director of the Debtor from early 2019 until the beginning of 2020 and is insured pursuant to the Insurance Policy;

**WHEREAS** Mr. Hsu has submitted the Adversary Proceeding Action to the Insurer as a claim under the Insurance Policy and, subject to a complete reservation of rights, the Insurer has agreed to advance Defense Costs on account of Mr. Hsu to his counsel in relation to the Adversary Proceeding Action; and

**WHEREAS**, Megan E. Noh, as Chapter 11 Trustee of the Debtor, has no objection to the payment of Defense Costs to Mr. Hsu's counsel on the terms and conditions of this Stipulation.

It is hereby **STIPULATED AND AGREED** that this Court's so-ordering of this stipulation reflects its approval of the Insurer's payment of Christopher Hsu's Defense Costs in accordance with the Insurance Policy and this Stipulation. Insurer may make payments equaling eighty percent (80%) of the total of Mr. Hsu's Defense Costs based on the invoices submitted to the Insurer from Mr. Hsu's counsel during the course of the Adversary Proceeding and/or related proceedings; and

It is further **STIPULATED AND AGREED** that the Insurer shall hold back and reserve the remaining twenty percent (20%) of the value of the Defense Costs based on the invoices from Mr. Hsu's counsel during the course of the Adversary Proceeding and/or related proceedings (the "Reserved Defense Costs"); and

It is further **STIPULATED AND AGREED** that Mr. Hsu's counsel shall notify the Trustee when invoices are submitted for payment to the Insurer during the course of the

Adversary Proceeding, and/or related proceedings, and inform the Trustee solely of the total amount of each invoice submitted to the Insurer; and

It is further **STIPULATED AND AGREED** that Mr. Hsu's counsel may make an application to the Court at the conclusion of the Adversary Proceeding and/or related proceedings for final approval of all fees paid and for the payment of the Reserved Defense Costs, and such application will be brought on notice with an opportunity to be heard; and

It is further **STIPULATED AND AGREED** that the details of the process for the submission of such application to the Court by Mr. Hsu's counsel for payment of the Reserved Defense Costs will be agreed upon by the undersigned counsel at a later date, but such agreement will provide appropriate protections for the preservation of legal privileges and confidentiality with regards to the invoices from Mr. Hsu's counsel; and

It is further **STIPULATED AND AGREED** that the automatic stay is hereby modified pursuant to section 362 of the Bankruptcy Code to permit the Insurer to pay Defense Costs on account of Mr. Hsu to his counsel in the Adversary Proceeding, pursuant to the terms and conditions of the Insurance Policy and this Stipulation.

**CONSENTED TO BY:**

| **LAW OFFICES OF RICHARD J. CORBI PLLC** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| By: _s/ Richard J. Corbi_____ <br>     Richard J. Corbi, Esq. <br> 1501 Broadway, 12th Floor <br> New York, New York 10036 <br> Phone: (646) 571-2033 <br> Email: rcorbi@corbilaw.com <br> Attorneys for Plaintiff *Official Committee of Unsecured Creditors of the Estate of P8H, Inc. d/b/a Paddle 8* | By: __s/ Ronald A. Giller_____ <br>     Ronald A. Giller, Esq. <br>     Kasey T. Mahoney, Esq. <br> 1 Battery Park Plaza, 28th Floor <br> New York, NY 10004 <br> Phone: (973) 549-2500 <br> Fax: (973) 377-1911 <br> Email: rgiller@grsm.com <br>     kmahoney@grsm.com <br> Attorneys for Defendant *Christopher Hsu* |
| Dated: March 5, 2021 | Dated: March 5, 2021 |

**PRYOR CASHMAN LLP**

By: _s/ Richard Levy, Jr._
    Richard Levy, Jr., Esq.
    Conrad K. Chiu
7 Times Square
New York, New York 10036-6569
Phone: (212) 421-4100
Email: rlevy@pryorcashman.com
Email: cchiu@pryorcashman.com
Attorneys for *Megan E. Noh, the Chapter 11 Trustee*

Dated: March 5, 2021


**So Ordered: _____, 2021**


_____
David S. Jones, U.S.B.J.