**Presentment Date and Time: May 12, 2021 at 9:30 AM (Eastern Standard Time)**
**Objection Date and Time: May 10, 2021 at 9:30 AM (Eastern Standard Time)**
**Hearing Date and Time (Only if Objections Filed): To be Announced**

**Rosalyn Maldonado P.C.**
Rosalyn Maldonado, Esq.
108 S. Franklin Avenue, Suite 11
Valley Stream, New York 11580
Phone:   (516) 274-0613
Fax:       (516) 274-0615
Email: rmaldonado@rmaldonado.com

Attorney for *Peter Rich, CPA*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In Re:                                                                                             Case No.: 20-10809 (DSJ)

P8H, INC. d/b/a PADDLE 8,                                                        Chapter 11

                                            Debtor.
-----------------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF STIPULATION AND ORDER AMONG THE CHAPTER 11 TRUSTEE, THE UNSECURED CREDITORS COMMITTEE, AND PETER R. RICH TO PERMIT INSURER TO PAY DEFENSE COSTS OF <u>PETER R. RICH COVERED BY DEBTOR'S INSURANCE POLICY</u>

**PLEASE TAKE NOTICE** that the undersigned will present the annexed stipulation and order (hereinafter, the "Stipulation and Order") to the Honorable David S. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (hereinafter, the "Bankruptcy Court"), at One Bowling Green, New York, New York 10004, Room 501 for approval and signature on May 12, 2021 at 9:30 AM (Eastern Standard Time).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Stipulation and Order shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which

can be found at www.nysb.uscourts.gov) and (b) by all other parties in interest, on a CD-ROM, in Portable Document Format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399, so as to be so filed and received no later than May 10, 2021 at 9:30 AM (Eastern Standard Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed and served with respect to the Stipulation and Order, a hearing will be held to consider such Stipulation and Order before the Honorable David S. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 on a date to be announced.

Dated: Valley Stream, New York
       May 5, 2021

**Rosalyn Maldonado P.C.**

*Rosalyn Maldonado*

Rosalyn Maldonado, Esq.
108 S. Franklin Avenue, Suite 11
Valley Stream, New York 11580
Phone: (516) 274-0613
Fax: (516) 274-0615
Email: rmaldonado@rmaldonadolaw.com

Attorney for *Peter Rich, CPA*