

**PRYOR CASHMAN LLP**                                                    New York | Los Angeles

7 Times Square, New York, NY 10036   Tel: 212-421-4100   Fax: 212-326-0806            www.pryorcashman.com

**Richard Levy, Jr.**
Partner

Direct Tel: 212-326-0886
Direct Fax: 212-798-6393
rlevy@pryorcashman.com

July 23, 2021

**By ECF and Chambers' Email (jones.chambers@nysb.uscourts.gov)**

Hon. David S. Jones, U.S.B.J.
United States Bankruptcy Court for the
 Southern District of New York
One Bowling Green
New York, New York 10004

Re:   *In re P8H, Inc.,* Case No. 20-10809 (DSJ) -
      Mediation Status Letter

Dear Judge Jones:

As counsel (respectively) for Megan E. Noh, the Chapter 11 Trustee, and the Official Committee of Unsecured Creditors in the above-referenced case, we write in accordance with your Honor's order entered on April 6, 2021 (ECF No. 195), which referred various disputes to mediation before Judge Elizabeth S. Stong of the United States Bankruptcy Court for the Eastern District of New York ("Mediator").  In particular, Paragraph 7 of the order directed the Trustee and Committee, by their counsel, "to file a joint letter each month stating whether the mediation is ongoing and, if reasonably possible, when it is anticipated to conclude."

We are able to report as follows:  The mediation is actively proceeding.  All parties have participated, either directly or through counsel, in general group sessions and in private or sub-group sessions.  The Mediator has advised the parties that she believes that significant progress has been made, although a final resolution (one way or another) has not yet been reached and cannot be predicted with any assurance.  The Mediator continues to proceed with the objective of resolving the mediation as soon as practicable.

Respectfully,

| **PRYOR CASHMAN LLP** | **LAW OFFICES OF RICHARD J. CORBI PLLC** |
|---|---|
| By: */s/ Richard Levy, Jr.* | By: */s/ Richard J./ Corbi* |
| Richard Levy, Jr. | Richard J. Corbi |
| *Counsel for Mediation Party Megan E. Noh, Chapter 11 Trustee of P8H, Inc.* | *Counsel for Mediation Party The Official Committee of Unsecured Creditors of P8H, Inc.* |

cc (by email):
    Counsel for All Represented Mediation Parties
    All *Pro Se* Mediation Parties