**P8H, INC. d/b/a/ Paddle 8, Debtor**  
**Liquidation Analysis for Best Interests Test Under 11 U.S.C. § 1129(a)(7)**  
**Chapter 7 Liquidation Compared to Chapter 11 Plan of Reorganization**

Prepared as of August 25, 2021

All figures presented in thousands of dollars ($000)

| | Notes | Est Ch. 7 Balance | Chapter 7 Liquidation Realization % Low | Chapter 7 Liquidation Realization % High | Chapter 7 Liquidation Value Low | Chapter 7 Liquidation Value High | Est Ch. 11 Balance | Chapter 11 Plan of Reorganization Realization % Low | Chapter 11 Plan of Reorganization Realization % High | Chapter 11 Liquidation Value Low | Chapter 11 Liquidation Value High |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets Available for Distribution** | | | | | | | | | | | |
| Unrestricted Cash (projected @ 9/30/2021) | a | 688 | 100.0% | 100.0% | 688 | 688 | 688 | 100.0% | 100.0% | 688 | 688 |
| Restricted Cash @ 9/30/2021 | b | 213 | 0.0% | 100.0% | 0 | 213 | 213 | 100.0% | 100.0% | 213 | 213 |
| Settlement Proceeds from Mediated Ch. 11 Global Litigation Settlement | c | n/a | n/a | n/a | n/a | n/a | 1,400 | 100.0% | 100.0% | 1,400 | 1,400 |
| Fiduciary Duty and related litigation claims if no Global Litigation Settlement | d | 2,000 | 0.0% | 50.0% | 0 | 1,000 | n/a | n/a | n/a | n/a | n/a |
| Stockaccess/FBNK Preference Claims | e | 250 | 10.0% | 95.0% | 25 | 238 | n/a | n/a | n/a | n/a | n/a |
| Preference Claims | | 300 | 10.0% | 50.0% | 30 | 150 | 300 | 10.0% | 50.0% | 30 | 150 |
| Other Assets | | 20 | 10.0% | 50.0% | 2 | 10 | 20 | 10.0% | 50.0% | 2 | 10 |
| Chapter 11 Wind-Down Reserve Funded by Litigation Settlement | | n/a | n/a | n/a | n/a | n/a | 190 | | | 190 | 190 |
| **Total Assets and Net Proceeds Available for Distribution** | | 3,471 | | | 745 | 2,299 | 2621 | | | 2,333 | 2,461 |
| **Estimated Wind Down Expenses** | | | | | | | | | | | |
| Wind Down Expenses | f | | | | 100 | 300 | | | | 115 | 230 |
| Contingent Counsel Fee (33%) for Litigation of Claims w/o Global Settlement | g | | | | 0 | 330 | | | | n/a | n/a |
| Chapter 7 Trustee Commission (3% of estate proceeds administered) | h | | | | 22 | 69 | | | | n/a | n/a |
| **Total Wind Down Expenses** | | | | | 122 | 699 | | | | 115 | 230 |
| **Net Proceeds Available for Distribution to Claims After Wind Down Expenses** | | | | | 623 | 1,600 | | | | 2,218 | 2,231 |

| | Notes | Est Balance | Chapter 7 Liquidation Recovery % Low | Chapter 7 Liquidation Recovery % High | Chapter 7 Liquidation Recovery Value Low | Chapter 7 Liquidation Recovery Value High | Est Balance | Chapter 11 Plan of Reorganization Recovery % Low | Chapter 11 Plan of Reorganization Recovery % High | Chapter 11 Recovery Value Low | Chapter 11 Recovery Value High |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Estimated Creditor Distributions** | | | | | | | | | | | |
| Administrative Expense Claims - Ch. 7 | | 30 | 100.0% | 100.0% | 30 | 30 | n/a | n/a | n/a | n/a | n/a |
| Administrative Expense Claims - Ch. 11 | | 30 | 100.0% | 100.0% | 30 | 30 | 30 | 100.0% | 100.0% | 30 | 30 |
| Professional Compensation Claims - Ch. 11 Trustee and Counsel | | 2,000 | 25.0% | 75.0% | 500 | 1,500 | 1530 | 100.0% | 100.0% | 1,530 | 1,530 |
| Professional Compensation Claims - Ch. 11 Trustee's Accountants | | 20 | 100.0% | 100.0% | 20 | 20 | 20 | 100.0% | 100.0% | 20 | 20 |
| Priority Claims (including priority taxes) | | 40 | 100.0% | 100.0% | 40 | 20 | 40 | 100.0% | 100.0% | 40 | 40 |
| Unsecured Auction Seller Claims filed Per Claims Protocol | | | | | | | | | | | |
|    Oonline Sellers Without NYACAL Claims | i | n/a | n/a | n/a | n/a | n/a | 477 | 40.0% | 40.0% | 191 | 191 |
|    Artist-Consignors With NYACAL Claims | j | n/a | n/a | n/a | n/a | n/a | 224 | 50.0% | 50.0% | 112 | 112 |
|    Total Auction Seller Claims | | n/a | | | n/a | n/a | 701 | | | 303 | 303 |
| General Unsecured Claims | | 11,801 | 0.03% | 0.0% | 3 | 0 | | | | | |
|    Online Buyer Claims | k | n/a | | | | | 308 | 10.0% | 10.0% | 31 | 31 |
|    Other Non-Insider Claims | l | n/a | n/a | n/a | n/a | n/a | 2,192 | 10.0% | 10.0% | 219 | 219 |
|    Insider Claims | m | n/a | n/a | n/a | n/a | n/a | 8,600 | 0.0% | 0.0% | 0 | 0 |
| **Total Unsecured Claims** | | 11,801 | | | 3 | 0 | 10,792 | | | 250 | 250 |
| **Total All Creditor Distributions** | | | | | 623 | 1,600 | | | | 2,173 | 2,173 |
| **Surplus of Ch. 11 Wind-down Rewserve to Fund Additional Unsecured Claim** | | | | | n/a | n/a | | | | 45 | 58 |
| **Net Proceeds Available For Unsatisfied General Unsecured Claims, Subordinated Claims and Equity Holders** | | | | | 0 | 0 | | | | 0 | 0 |

NOTES:

a Balance as of 8/6/2021 ($944k) less projected operating expenses through 9/30/2021.
b Proceeds held pursuant to prior bankruptcy court orders, subject to release on further order (in this instance, the Confirmation Order).
c Settlement proceeds to be contributed under Global Litigation Settlement resulting from court-annexed mediation, to be approved under Ch. 11 Plan. Proceeds will not exist if settlement is not approved and case is converted to Ch. 7.

d Litigation claims to be pursued absent approval of Global Litigation Settlement to be approved under Ch. 11 Plan.
e Avoidance and recovery claims that could be pursued absent Global Litigation Settlement to be approved under Ch. 11 Plan.
f Estimated costs to assist in winding down the estate and completing any necessary administrative work, including professional fees.
g D&O litigation, absent settlement, likely would be pursued in Ch. 7 by a contingent fee counsel, with potential contingent fee share of 33% of the actual proceeds recovered (if any).
h Chapter 7 Trustee Commission is calculated in accordance with 11 U.S.C. § 326(a).
i Represents settlement under Ch. 11 Plan of possible arguments by auction sellers and consignors that auction proceeds were not property of the Debtor's bankruptcy estate.
j Represents settlement under Ch. 11 Plan of possible arguments by auction sellers and consignors that auction proceeds were not property of the Debtor's bankruptcy estate, plus enhancement to account for claims of 6 creditors asserting rights under the NY Arts & Cultural Affairs Law.
k Holder may elect to retrieve purchased property held by seller, at Holder's cost, or terminate purchase right and be treated as a General Unsecured Claim for purchase price.
l Does not include possible additional unsecured claims resulting from any auction buyers' elections to retrieve the auction items still in storage, at buyer's costs for delivery.

m Assumes that absent Global Litigation Settlement in Ch. 11 Plan, Stockaccess/FBNK alleged lien and secured claims are avoided and treated as unsecured claims in Ch. 7, and that FBNK Lien will most likely be avoided in ch. 7.

**P8H, INC. d/b/a/ Paddle 8, Debtor**  **Draft 8-6-2021**
**Liquidation Analysis for Best Interests Test Under 11 U.S.C. § 1129(a)(___)**
**Chapter 7 Liquidation Compared to Chapter 11 Plan of Reorganization**

All figures presented in thousands of dollars (000)

| | | | Chapter 7 Liquidation | | | | | Chapter 11 Plan of Reorganization | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Notes | Est Ch. 7 Balance | Realization % Low | Realization % High | Liquidation Value Low | Liquidation Value High | | Est Ch. 11 Balance | Realization % Low | Realization % High | Liquidation Value Low | Liquidation Value High | |
| **Assets Available for Distribution** | | | | | | | | | | | | | |
| Unrestricted Cash @ 9/30/2021 | a | 688 | 100.0% | 100.0% | 688 | 688 | | 688 | 100.0% | 100.0% | 688 | 688 | |
| Restricted Cash @ 9/30/2021 | b | 213 | 0.0% | 100.0% | 0 | 213 | | 213 | 100.0% | 100.0% | 213 | 213 | |
| Settlement Proceeds from Mediated Ch. 11 Global Litigation Settlement | c | n/a | n/a | n/a | n/a | n/a | | 1,400 | 100.0% | 100.0% | 1400 | 1400 | |
| D&O Litigation Claims if case converted to Ch. 7 w/o Global Settlement | d | 2,000 | 0.0% | 65.0% | 0 | 1,300 | | n/a | n/a | n/a | n/a | n/a | Settled in Global Litigation Settlement under Plan |
| Stockaccess/FBNK Preference Claims | e | 250 | 10.0% | 100.0% | 25 | 250 | | n/a | n/a | n/a | n/a | n/a | Settled in Global Litigation Settlement under Plan |
| Preference Claims | | 300 | 10.0% | 50.0% | 30 | 150 | | 300 | 10.0% | 50.0% | 30 | 150 | |
| Other Assets | | 20 | 10.0% | 80.0% | 2 | 16 | | 20 | 0.0% | 75.0% | 0 | 15 | |
| **Total Assets and Net Proceeds Available for Distribution** | | 3471 | | | 745 | 2617 | | 2621 | | | 2331 | 2466 | |
| **Estimated Wind Down Expenses** | | | | | | | | | | | | | |
| Wind Down Expenses | f | | | | | | | | | | | | |
| Contingent Counsel Fee for Litigation Claims w/o Global Settlement | g | | | | | | | | | | | | |
| Chapter 7 Trustee Commission (3% of estate proceeds admnistered) | h | | | | 22 | 79 | | | | | n/a | n/a | |
| **Total Wind Down Expenses** | | | | | | | | | | | | | |
| **Net Proceeds Available for Distribution to Claims After Wind Down Expenses** | | | | | | | | | | | | | |

| | | | Chapter 7 Liquidation | | | | | Chapter 11 Plan of Reorganization | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Notes | Est Balance | Recovery % Low | Recovery % High | Recovery Value Low | Recovery Value High | | Est Balance | Recovery % Low | Recovery % High | Recovery Value Low | Recovery Value High |
| **Estimated Creditor Distributions** | | | | | | | | | | | | | |
| Administrative Expense Claims - Ch. 7 | | | | | | | | n/a | n/a | n/a | n/a | n/a |
| Administrative Expense Claims - Ch. 11 | | 30 | | | | | | 30 | 100.0% | 100.0% | 30 | 30 |
| Professional Compensation Claims - Ch. 11 Trustee and Counsel | | 2000 | | | | | | 1530 | 100.0% | 100.0% | 1530 | 1530 |
| Professional Compensation Claims - Ch. 11 Trustee's Accountants | | 20 | | | | | | 20 | 100.0% | 100.0% | 20 | 20 |
| Priority Claims (including priority taxes) | | 40 | | | | | | 40 | 100.0% | 100.0% | 40 | 40 |
| Unsecured Auction Seller Claims per Claims Protocol | | | | | | | | | | | | | |
|   Auction Sellers Without NYACAL Claims | i | 698 | | | | | | 477 | 38.0% | 38.0% | 181 | 181 |
|   Artist-Consignors With NYACAL Claims | j | n/a | n/a | n/a | n/a | n/a | | 221 | 46.0% | 46.0% | 102 | 102 |
|   Total Auction Seller Claims | | 698 | | | | | | 698 | | | 283 | 283 |
| General unsecured claims | | | | | | | | | | | | | |
|   Unsubordinated Claims | | 10,817 | | | | | | 2,217 | 10.0% | 10.0% | 222 | 222 |
|   Subordinated Insider Claims Under Global Settlement | | n/a | | | | | | 8,600 | 0.0% | 0.0% | 0 | 0 |
| | | 10,817 | | | | | | 10,817 | | | | |
| **Net Proceeds Available For Subordinated Claims and Equity Holders** | | | | | 0 | 0 | | | | | 0 | 0 |

0.3051576

NOTES:
a Balance as of 8/6/2021 ($944k) less projected operating expenses through 9/30/2021.
b Proceeds held pursuant to prior bankruptcy court orders, subject to release on further order (in this instance, the Confirmation Order).
c Settlement proceeds to be contributed under Global Litigation Settlement resulting from court-annexted mediaiton, to be approved under Ch. 11 Plan.  Proceeds will not exist if settlement isd not approved and case is coverted to Ch. 7.
d Litigation claims to be pursued absent approval of Global Litigation Settlement to be approved under Ch. 11 Plan.
e Avoidance and recocvery claims that could be pursued absent Global Litigation Settlement to be approved under Ch. 11 Plan.
f Estimated costs to assist in winding down the estate and completing any necessary administrative work, including professional fees.
g D&O litigation, absent settlement, likely would be pursued in Ch. 7 by a contingent fee counsel, with potential contingent fee share of 33% of the actual proceeds recovered (if any).
h Chapter 7 Trustee Commission is calculated in accordance with 11 U.S.C. § 326(a).
i Represents settlement under Ch. 11 Plan of possible arguments by auction sellers and consignors that auction proceeds were not property of the Debtor's bankrutpcy estate.
j Represents settlement under Ch. 11 Plan of possible arguments by auction sellers and consignors that auction proceeds were not property of the Debtor's bankrutpcy estate, plus enhancement to account for claims of 6 creditors asserting rights under the NY Arts & Cultural Affairs Law.