**THE LAW OFFICES OF RICHARD J. CORBI PLLC**
104 West 40th Street, 4th Floor
New York, New York 10018
Telephone: (646) 571-2033
Email: rcorbi@corbilaw.com
Richard J. Corbi

*Counsel to Drivetrain, LLC, the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                          :    Chapter 11
                                                               :
P8H, INC. d/b/a PADDLE 8,                                      :    Case No. 20-10809 (DSJ)
                                                               :
       Debtor.                                                :
                                                               :
----------------------------------------------------------------x

**NOTICE OF FILING OF AMENDED EXHIBIT TO MOTION OF DRIVETRAIN, LLC, THE PLAN ADMINISTRATOR, FOR ENTRY OF A FINAL DECREE CLOSING THE CHAPTER 11 CASE OF P8H, INC., D/B/A PADDLE 8**

**PLEASE TAKE NOTICE** that on June 4, 2025, Drivetrain LLC (the "**Plan Administrator**"), by and through its undersigned counsel, filed a motion for entry of a final decree closing the Chapter 11 case of P8H, Inc. d/b/a Paddle 8 (the "**Motion**") [Doc. No. 362].

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator hereby files an amended Exhibit B to the Motion (the "**Amended Exhibit B**") to correct a double counting and a scrivener's error in the total claims calculation.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Amended Exhibit B and other related pleadings filed in the Chapter 11 Case can be viewed or obtained by: (i) accessing the Court's website for a fee; or (ii) contacting the Office of the Clerk of the Court. Please note that a PACER password is required to access documents on the Court's website.

PLEASE NOTE: Neither the staff of the Clerk's office nor the Plan Administrator's counsel can give you legal advice.

Dated: July 2, 2025  **THE LAW OFFICES OF RICHARD J. CORBI PLLC**

*/s/ Richard J. Corbi*
Richard J. Corbi, Esq.
104 West 40th Street, 4th Floor
New York, New York 10018
Telephone: (646) 571-2033
Email: rcorbi@corbilaw.com

*Counsel to Drivetrain, LLC, the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                              :         Chapter 11
:
P8H, INC., d/b/a PADDLE 8,                          :         Case No. 20-10809 (DSJ)
:
              Debtor.                     :
:
---------------------------------------------------------------x

## **CLOSING REPORT (UPDATED) IN CHAPTER 11 CASE**

To the best of my knowledge and belief, the following is a breakdown in this case:

| | |
|---|---|
| $ 1,250,000. | FEE for ATTORNEY for DEBTOR |
| | OTHER PROFESSIONAL FEES and ALL EXPENSES |
| 130,000. | UCC Counsel |
| 17,281. | Tax Preparation |
| 109,756. | Post-Effective Date – Plan Administration Expenses |
| 16,814. | Post-Effective Date – US Trustee Fees |
| 187,342. | Plan Administrator Fees |
| 4,284. | Fees for Attorney for Plan Administrator |
| 51,257. | Administrative and Priority Claims Paid |
| 184,763. | Classes 3-5 Claims Paid (33.4% of Allowed Claims) |
| 239,675. | Class 6 Claims to Be Paid (17.2% estimated of Allowed Claims[1]) |
| 8,000. | Closing Expenses Reserved – All Unspent Amounts Will Be Donated to FIVE KEYS, A 501(C)(3) Women's Shelter |

Dated: July 2, 2025        **THE LAW OFFICES OF RICHARD J. CORBI PLLC**
                                       */s/ Richard J. Corbi*
                                       Richard J. Corbi, Esq.
                                       104 West 40th Street, 4th Floor
                                       New York, New York 10018
                                       Telephone: (646) 571-2033
                                       Email: rcorbi@corbilaw.com
                                       *Counsel to Drivetrain, LLC, the Plan Administrator*

---

[1] Corrects a double counting and a scrivener's error in the total claims calculation.